# EXHIBIT 9

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| **1. [A]** A method of encoding a video sequence, the method comprising: | Aylo performs a method of encoding a video sequence.<br><br>To verify that Aylo practices the claimed encoding method, a bitstream was downloaded from Pornhub, which is part of Aylo's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>$ ffprobe -hide_banner Premium-Item2-40-seg-2-v1-a1.ts<br>[mpegts @ 0000029bc9a2d1c0] start time for stream 2 is not set in estimate_timings_from_pts<br>Input #0, mpegts, from 'Premium-Item2-40-seg-2-v1-a1.ts':<br>Duration: 00:00:06.04, start: 3.109000, bitrate: 4234 kb/s<br>Program 1<br>Stream #0:0[0x100]: Video: h264 (High) ([27][0][0][0] / 0x001B), yuv420p(progressive), 1920x1080 [SAR 1:1 DAR 16:9], 45 fps, 45 tbr, 90k tbn<br>Stream #0:1[0x101]: Audio: aac (LC) ([15][0][0][0] / 0x000F), 48000 Hz, stereo, fltp, 207 kb/s<br>Stream #0:2[0x102]: Data: timed_id3 (ID3 / 0x20334449)<br>Unsupported codec with id 98313 for input stream 2<br><br>Source: summary txt file of video downloaded from Aylo. |
| **[B]** assigning a skip coding mode to a first segment of a first frame of the sequence; | Aylo performs a method of assigning a skip coding mode to a first segment of a first frame of the sequence.<br><br>For example, the video downloaded from Aylo is analyzed below.<br><br>For example, the video downloaded from Aylo was encoded by assigning a skip coding mode to a first segment of a first frame of the sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>The screenshots depict the macroblocks in NAL unit #123 (frame #59) of the encoded video. Yellow highlighted macroblocks in the frame are skip-coded macroblocks. |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>An expanded view of the filmstrip shows frame #59 and its reference frame.<br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As an example, [19,1] is a skip macroblock with zero motion vector: |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | (see screenshots below) |







Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | As an example, [63,17] is a skip macroblock with a non-zero motion vector:     Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |

EXHIBIT 9
UNITED STATES PATENT NO. 7,532,808
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808

<table>
<tr><th>U.S. PATENT NO. 7,532,808</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td>

**[C]** assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment; and

</td><td>

Aylo performs a method of encoding a video sequence comprising assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment.

For example, the video downloaded from Aylo was encoded by assigning either a zero motion vector or a predicted non-zero motion vector for the skip coding mode for the first segment based at least in part on the motion information of a second segment neighboring the first segment, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.

As a first example, [19,1] is a skip macroblock with zero motion vector:




</td></tr>
</table>

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | (screenshot below) |

Selection Info | 2136

| | | | | | |
|---|---|---|---|---|---|
| Width: | 1920 | MB address: | 139 | Pred type: | Inter |
| Height: | 1080 | MB col, row: | 19,1 | Pred size: | 16x16 |
| Pictures: | 270 | MB X,Y: | 304,16 | MB cbp: | 0(0) |
| Color format: | 4:2:0 | MB type: | Skip | MV L0: | 0,0=>0 |
| Bitdepth Y,C: | 8, 8 | MB field / 8x8: | N/N | MV L1: | - |
| Slice #: | 0 - P | Pixel col, row: | 206,247 | Qp Y/Cb/Cr: | 25,23,23 |

Prediction block (304,16) details

Y (304x16)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 166 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 165 | 165 | 166 |
| 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 165 |
| 167 | 167 | 167 | 166 | 166 | 166 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 165 | 165 | 165 |
| 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 166 | 165 | 166 | 166 | 166 | 165 | 165 | 165 |
| 166 | 166 | 166 | 165 | 166 | 166 | 165 | 165 | 166 | 165 | 166 | 166 | 166 | 165 | 165 | 165 |
| 166 | 166 | 166 | 165 | 166 | 166 | 165 | 165 | 166 | 165 | 166 | 166 | 165 | 165 | 165 | 165 |

Cb (152x8)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |

Cr (152x8)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |

Final MV = 0,0 refIdx = 0
MV Delta = 0,0 MV predictor = 0,0

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

<table>
<tr><th>U.S. PATENT NO. 7,532,808</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>

The left neighbor [18,1] has a zero motion vector.




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

As a second example, [17,2] is a skip macroblock with a zero motion vector:

</td></tr>
</table>

EXHIBIT 9
UNITED STATES PATENT NO. 7,532,808
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | |






**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|

Prediction block (272,32) details

Y (272x32)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 165 | 165 | 166 | 166 | 165 | 166 | 166 | 165 | 166 | 166 | 165 | 165 | 165 | 166 | 166 | 166 |
| 166 | 166 | 166 | 166 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 166 | 166 | 166 |
| 166 | 166 | 166 | 166 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 166 | 166 | 166 |
| 166 | 166 | 166 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 |
| 166 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 166 | 166 | 166 |
| 166 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 166 | 166 | 166 |
| 166 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 166 | 166 | 166 |
| 167 | 165 | 165 | 165 | 165 | 165 | 165 | 165 | 166 | 165 | 165 | 165 | 165 | 166 | 166 | 166 |
| 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 164 | 165 | 166 | 165 | 165 | 165 |
| 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 165 | 166 | 166 | 166 | 166 |
| 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 166 | 166 | 166 | 166 | 167 |
| 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 165 | 166 | 166 | 166 | 166 | 166 |
| 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 166 | 166 | 166 | 166 | 166 |
| 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 166 | 166 | 166 | 165 |
| 165 | 166 | 165 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 166 | 165 | 165 |
| 165 | 166 | 165 | 166 | 166 | 166 | 166 | 166 | 167 | 166 | 165 | 165 | 165 | 166 | 165 | 165 |

Cb (136x16)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |

Cr (136x16)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 127 |

Final MV = 0,0 refIdx = 0
MV Delta = 0,0 MV predictor = 0,0

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

The neighbor above [17,1] has a zero motion vector.

Selection Info | 2136

| | | | | | |
|---|---|---|---|---|---|
| Width: | 1920 | MB address: | 137 | Pred type: | Inter |
| Height: | 1080 | MB col, row: | 17,1 | Pred size: | 16x16 |
| Pictures: | 270 | MB X,Y: | 272,16 | MB cbp: | 15(1111) |
| Color format: | 4:2:0 | MB type: | P_L0_16x16 | MV L0: | 0,0=>0 |
| Bitdepth Y,C: | 8, 8 | MB field / 8x8: | N/Y | MV L1: | - |
| Slice #: | 0 - P | Pixel col, row: | N/A | Qp Y/Cb/Cr: | 25,23,23 |

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

<table>
<tr><th>U.S. PATENT NO. 7,532,808</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>

As a third example, [63,17] is a skip macroblock with a non-zero motion vector:







</td></tr>
</table>

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | (see below) |




Y (1008x272)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 64 | 61 | 60 | 60 | 61 | 61 | 62 | 63 | 64 | 66 | 69 | 72 | 76 | 77 | 76 |
| 66 | 65 | 64 | 63 | 62 | 61 | 61 | 62 | 62 | 62 | 63 | 67 | 71 | 73 | 75 | 76 |
| 66 | 64 | 62 | 62 | 62 | 61 | 60 | 60 | 60 | 61 | 62 | 66 | 69 | 71 | 74 | 76 |
| 64 | 62 | 61 | 60 | 59 | 59 | 59 | 60 | 60 | 62 | 64 | 65 | 67 | 70 | 72 | 73 |
| 65 | 65 | 65 | 62 | 60 | 59 | 59 | 60 | 61 | 62 | 64 | 65 | 66 | 68 | 70 | 74 |
| 66 | 65 | 64 | 62 | 60 | 60 | 59 | 59 | 61 | 62 | 63 | 65 | 67 | 69 | 70 | 73 |
| 64 | 64 | 64 | 62 | 60 | 60 | 59 | 59 | 61 | 63 | 62 | 64 | 66 | 68 | 68 | 69 |
| 65 | 65 | 64 | 62 | 61 | 60 | 59 | 58 | 59 | 60 | 61 | 63 | 65 | 66 | 68 | 70 |
| 64 | 64 | 62 | 60 | 60 | 59 | 57 | 56 | 58 | 58 | 59 | 61 | 64 | 67 | 67 | 68 |
| 64 | 63 | 63 | 62 | 60 | 58 | 57 | 56 | 58 | 58 | 58 | 60 | 62 | 66 | 66 | 67 |
| 65 | 65 | 64 | 63 | 60 | 58 | 58 | 57 | 57 | 57 | 58 | 60 | 61 | 64 | 66 | 68 |
| 64 | 65 | 64 | 62 | 61 | 59 | 58 | 58 | 58 | 58 | 59 | 60 | 62 | 63 | 65 | 67 |
| 64 | 64 | 65 | 65 | 62 | 58 | 58 | 58 | 58 | 58 | 59 | 59 | 60 | 63 | 63 | 65 |
| 65 | 66 | 66 | 65 | 63 | 59 | 58 | 58 | 57 | 58 | 57 | 57 | 59 | 63 | 64 | 66 |
| 64 | 64 | 64 | 64 | 63 | 59 | 57 | 58 | 58 | 57 | 57 | 59 | 61 | 62 | 64 | 68 |
| 65 | 65 | 65 | 64 | 65 | 61 | 58 | 57 | 57 | 56 | 58 | 59 | 59 | 61 | 63 | 66 |

Cb (504x136)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 117 | 117 | 116 | 116 | 116 | 115 | 115 | 114 |
| 118 | 118 | 118 | 117 | 117 | 116 | 115 | 115 |
| 118 | 118 | 117 | 117 | 117 | 117 | 115 | 115 |
| 117 | 117 | 117 | 117 | 118 | 118 | 116 | 116 |
| 116 | 117 | 118 | 118 | 118 | 118 | 117 | 117 |
| 116 | 117 | 118 | 119 | 119 | 119 | 118 | 118 |
| 117 | 118 | 118 | 119 | 120 | 120 | 119 | 118 |
| 117 | 118 | 118 | 119 | 119 | 120 | 119 | 119 |

Cr (504x136)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 138 | 138 | 138 | 137 | 138 | 138 | 139 | 139 |
| 138 | 139 | 138 | 138 | 138 | 138 | 139 | 139 |
| 138 | 139 | 139 | 138 | 138 | 138 | 139 | 139 |
| 138 | 138 | 138 | 138 | 138 | 138 | 138 | 139 |
| 138 | 138 | 138 | 138 | 137 | 137 | 137 | 138 |
| 138 | 137 | 138 | 138 | 137 | 137 | 137 | 137 |
| 138 | 137 | 138 | 138 | 137 | 137 | 137 | 137 |
| 138 | 137 | 138 | 138 | 137 | 137 | 137 | 137 |

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

The left neighbor [62,17] has a non-zero motion vector:



**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>The neighbor above [63,16] has a non-zero motion vector:<br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>The right above neighbor [64,16] has a non-zero motion vector:<br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[D]** forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one | Aylo performs a method of forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and the predicted non-zero motion vector.<br><br>For example, the video downloaded from Aylo was encoded by forming a prediction for the first segment with respect to a reference frame based at least in part on the assigned motion vector for the skip coding mode, wherein the assigned motion vector is one of the zero motion vector and the predicted non-zero motion |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| of the zero motion vector and the predicted non-zero motion vector; and | vector, as demonstrated in the screenshots below of the video analytics captured using VQ Analyzer software.<br><br>The screenshots depict the macroblocks in NAL unit #123 (frame #59) of the encoded video. Yellow highlighted macroblocks in the frame are skip-coded macroblocks.<br><br><br><br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>An expanded view of the filmstrip shows frame #59 and its reference frame. |

EXHIBIT 9
UNITED STATES PATENT NO. 7,532,808
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| |  Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As a first example, [19,1] is a skip macroblock with zero motion vector:<br><br> |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | (see screenshot and text below) |




Y (304x16)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 165 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 166 | 166 | 167 | 167 | 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 |
| 167 | 167 | 167 | 167 | 167 | 166 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 165 | 165 | 166 |
| 167 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 165 |
| 167 | 167 | 167 | 166 | 166 | 166 | 167 | 167 | 167 | 166 | 166 | 166 | 166 | 165 | 165 | 165 |
| 166 | 166 | 166 | 166 | 166 | 166 | 165 | 165 | 166 | 165 | 166 | 166 | 166 | 165 | 165 | 165 |
| 166 | 166 | 166 | 165 | 166 | 166 | 165 | 165 | 166 | 165 | 166 | 166 | 166 | 165 | 165 | 165 |
| 166 | 166 | 166 | 165 | 166 | 166 | 165 | 165 | 166 | 165 | 166 | 166 | 165 | 165 | 165 | 165 |

Cb (152x8)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 129 |
| 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |

Cr (152x8)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |
| 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 |

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

As a second example, [17,2] is a skip macroblock with a zero motion vector:

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| |   |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As a third example, [63,17] is a skip macroblock with a non-zero motion vector: |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | <br> |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|


Prediction block (1008,272) details

Y (1008x272)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 64 | 61 | 60 | 60 | 61 | 61 | 62 | 63 | 64 | 66 | 69 | 72 | 76 | 77 | 76 |
| 66 | 65 | 64 | 63 | 62 | 61 | 61 | 62 | 62 | 62 | 63 | 67 | 71 | 73 | 75 | 76 |
| 66 | 64 | 62 | 62 | 62 | 61 | 60 | 60 | 60 | 61 | 62 | 66 | 69 | 71 | 74 | 76 |
| 64 | 62 | 61 | 60 | 59 | 59 | 59 | 60 | 60 | 62 | 64 | 65 | 67 | 70 | 72 | 73 |
| 65 | 65 | 65 | 62 | 60 | 59 | 59 | 60 | 61 | 62 | 64 | 65 | 66 | 68 | 70 | 74 |
| 66 | 65 | 64 | 62 | 60 | 60 | 59 | 59 | 61 | 62 | 63 | 65 | 67 | 69 | 70 | 73 |
| 64 | 64 | 64 | 62 | 60 | 60 | 59 | 59 | 61 | 63 | 62 | 64 | 66 | 68 | 68 | 69 |
| 65 | 65 | 64 | 62 | 61 | 60 | 59 | 58 | 59 | 60 | 61 | 63 | 65 | 66 | 68 | 70 |
| 64 | 64 | 62 | 60 | 60 | 59 | 57 | 56 | 58 | 58 | 59 | 61 | 64 | 67 | 67 | 68 |
| 64 | 63 | 63 | 62 | 60 | 58 | 57 | 56 | 58 | 58 | 58 | 60 | 62 | 66 | 66 | 67 |
| 65 | 65 | 64 | 63 | 60 | 58 | 58 | 57 | 57 | 57 | 58 | 60 | 61 | 64 | 66 | 68 |
| 64 | 65 | 64 | 62 | 61 | 59 | 58 | 58 | 58 | 58 | 59 | 60 | 62 | 63 | 65 | 67 |
| 64 | 64 | 65 | 65 | 62 | 58 | 58 | 58 | 58 | 58 | 59 | 59 | 60 | 63 | 63 | 65 |
| 65 | 66 | 66 | 65 | 63 | 59 | 58 | 58 | 57 | 58 | 57 | 57 | 59 | 63 | 64 | 66 |
| 64 | 64 | 64 | 64 | 63 | 59 | 57 | 58 | 58 | 57 | 57 | 59 | 61 | 62 | 64 | 68 |
| 65 | 65 | 65 | 64 | 65 | 61 | 58 | 57 | 57 | 56 | 58 | 59 | 59 | 61 | 63 | 66 |

Cb (504x136)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 117 | 117 | 116 | 116 | 116 | 115 | 115 | 114 |
| 118 | 118 | 118 | 117 | 117 | 116 | 115 | 115 |
| 118 | 118 | 117 | 117 | 117 | 117 | 115 | 115 |
| 117 | 117 | 117 | 117 | 118 | 118 | 116 | 116 |
| 116 | 117 | 118 | 118 | 118 | 118 | 117 | 117 |
| 116 | 117 | 118 | 119 | 119 | 119 | 118 | 118 |
| 117 | 118 | 118 | 119 | 120 | 120 | 119 | 118 |
| 117 | 118 | 118 | 119 | 119 | 120 | 119 | 119 |

Cr (504x136)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 138 | 138 | 138 | 137 | 138 | 138 | 139 | 139 |
| 138 | 139 | 138 | 138 | 138 | 138 | 139 | 139 |
| 138 | 139 | 139 | 138 | 138 | 138 | 139 | 139 |
| 138 | 138 | 138 | 138 | 138 | 138 | 138 | 139 |
| 138 | 138 | 138 | 138 | 137 | 137 | 137 | 138 |
| 138 | 137 | 138 | 138 | 137 | 137 | 137 | 137 |
| 138 | 137 | 138 | 138 | 137 | 137 | 137 | 137 |
| 138 | 137 | 138 | 138 | 137 | 137 | 137 | 137 |

Final MV = -57,-74 refIdx = 0
MV Delta = 0,0 MV predictor = -57,-74

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

For example, frame #59 is predicted using a reference frame:




For example, frame #59 is a reference frame for frame #60:

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
| --- | --- |
| | <br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[E]** providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream. | Aylo performs a method of providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream.<br><br>For example, the video downloaded from Aylo was encoded by providing in an encoded bitstream an indication of the skip coding mode, wherein no further motion vector information for the first segment is coded in the encoded bitstream, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, the screenshot below shows the video was coded with the *entropy_coding_mode_flag* set to 1. |

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing bitstream downloaded from Aylo. |

EXHIBIT 9
UNITED STATES PATENT NO. 7,532,808
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | As an example, [19,1] is a skip macroblock with mb_skip_flag value of 1, which indicates the skip coding mode. No further motion vector information for the macroblock is encoded in the bitstream. |




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

As a second example, [17,2] is a skip macroblock with mb_skip_flag value of 1, which indicates the skip coding mode. No further motion vector information for the macroblock is encoded in the bitstream.

**EXHIBIT 9**
**UNITED STATES PATENT NO. 7,532,808**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,532,808**

| U.S. PATENT NO. 7,532,808 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As a third example, [63,17] is a skip macroblock with mb_skip_flag value of 1, which indicates the skip coding mode. No further motion vector information for the macroblock is encoded in the bitstream. |

**Exhibit 9**
**United States Patent No. 7,532,808**
**Claim Chart for Infringement of U.S. Patent No. 7,532,808**

| U.S. Patent No. 7,532,808 | Infringement by Aylo |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo |