# EXHIBIT 10

**EXHIBIT 10**

**UNITED STATES PATENT NO. 6,950,469**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

<table>
<tr><th>U.S. PATENT NO. 6,950,469</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td>1. [A] A method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $1/2^x$, where x is a positive integer having a maximum value N, the method comprising:</td><td>Aylo performs a method of interpolation in video coding in which an image comprising pixels arranged in rows and columns and represented by values having a specified dynamic range, the pixels in the rows residing at unit horizontal locations and the pixels in the columns residing at unit vertical locations, is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $1/2^x$, where x is a positive integer having a maximum value N.<br><br>To verify that Aylo practices the claimed method, a bitstream was downloaded from Pornhub, which is part of Aylo's platform.<br><br>The downloaded bitstream is in an H.264-compliant format. The downloaded bitstream was encoded using an "x264" encoder.<br><br>$ ffprobe -hide_banner Premium-Item2-40-seg-2-v1-a1.ts<br>[mpegts @ 0000029bc9a2d1c0] start time for stream 2 is not set in estimate_timings_from_pts<br>Input #0, mpegts, from 'Premium-Item2-40-seg-2-v1-a1.ts':<br>  Duration: 00:00:06.04, start: 3.109000, bitrate: 4234 kb/s<br>  Program 1<br>  Stream #0:0[0x100]: Video: h264 (High) ([27][0][0][0] / 0x001B), yuv420p(progressive), 1920x1080<br>  [SAR 1:1 DAR 16:9], 45 fps, 45 tbr, 90k tbn<br>  Stream #0:1[0x101]: Audio: aac (LC) ([15][0][0][0] / 0x000F), 48000 Hz, stereo, fltp, 207 kb/s<br>  Stream #0:2[0x102]: Data: timed_id3 (ID3 / 0x20334449)<br>Unsupported codec with id 98313 for input stream 2<br><br>$ strings -n 10 Premium-Item2-38-seg-1-v1-a1.ts | head -10<br><br>Strings v2.53 - Search for ANSI and Unicode strings in binary images.<br>Copyright (C) 1999-2016 Mark Russinovich<br>Sysinternals - www.sysinternals.com<br><br>x264 - core 164 - H.264/MPEG-4 AVC codec - Copyleft 2003-2023 - http://www.videolan.oG<br>rg/x264.html - options: cabac=1 ref=5 deblock=1:0:0 analyse=0x3:0x113 me=hex subme=8 psy=1 psy_rd=1.00:0.00<br>  mixed_ref=1 me_range=16 chroma_me=1 trellis=2 8x8dct=1 cqm=0 deadzone=21,11 G<br>fast_pskip=1 chroma_qp_offset=-2 threads=12 lookahead_threads=2 sliced_threads=0 nr=0 decimate=1 interlaced=0<br>  bluray_compat=0 constrained_intra=0 bframes=3 b_pyramid=2 b_adapt=1 b_biasG<br>=0 direct=3 weightb=1 open_gop=0 weightp=2 keyint=135 keyint_min=13 scenecut=40 intra_refresh=0 rc_lookahead=5<br>  rc=crf mbtree=1 crf=23.0 qcomp=0.60 qpmin=0 qpmax=69 qpstep=4 vbv_maxratG<br>e=4000 vbv_bufsize=6000 crf_max=27.0 nal_hrd=none filler=0 ip_ratio=1.40 aq=1:1.00</td></tr>
</table>

EXHIBIT 10
UNITED STATES PATENT NO. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| | Source: summary txt file of video downloaded from Aylo.<br><br>For example, Aylo encodes videos into a series of frames, each frame being an image, such that the frames are divided into pixels arranged into rows and columns, as shown in below video analytics screenshots made using VQ Analyzer software.<br><br> |

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
| --- | --- |




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

For example, when Aylo encodes video, an image is interpolated to generate values for sub-pixels at fractional horizontal and vertical locations, the fractional horizontal and vertical locations being defined according to $1/2^x$, where x is a positive integer having a maximum value N.

**EXHIBIT 10**

**UNITED STATES PATENT NO. 6,950,469**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[B]** a) when values for sub-pixels at $1/2^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal | Aylo performs a method of interpolation in video coding, wherein when values for sub-pixels at $½^{N−1}$ unit horizontal and unit vertical locations, and unit horizontal and $½^{N−1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical |

EXHIBIT 10
UNITED STATES PATENT NO. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| and $1/2^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations; | locations, for example as demonstrated in the screenshots below using VQ Analyzer software, where the 206, -96 motion vector corresponds to $½^{N-1}$ unit horizontal and unit vertical locations.  |

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| |  <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>Aylo performs a method of interpolation in video coding such that when values for sub-pixels at $\frac{1}{2}^{N-1}$ unit horizontal and unit vertical locations, and unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations are required, interpolating such values directly using weighted sums of pixels residing at unit horizontal and unit vertical locations, for example as demonstrated in the screenshots below using VQ Analyzer software, where the 160, -82 motion vector corresponds to unit horizontal and $\frac{1}{2}^{N-1}$ unit vertical locations. |

EXHIBIT 10
UNITED STATES PATENT NO. 6,950,469
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**Exhibit 10**
**United States Patent No. 6,950,469**
**Claim Chart for Infringement of U.S. Patent No. 6,950,469**

| U.S. Patent No. 6,950,469 | Infringement by Aylo |
|---|---|
| |  |

**EXHIBIT 10**

**UNITED STATES PATENT NO. 6,950,469**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| |  <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>Aylo uses an x264 encoder. For example, half pixel filtering is shown in the following x264 code, which defines filtering functions, and which is taken from common/mc.c: |

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|

```c
#define TAPFILTER(pix, d) ((pix)[x-2*d] + (pix)[x+3*d] - 5*((pix)[x-d] + (pix)[x+2*d]) + 20*((pix)[x] + (pix)[x+d]))
static void hpel_filter( pixel *dsth, pixel *dstv, pixel *dstc, pixel *src,
                         intptr_t stride, int width, int height, int16_t *buf )
{
    const int pad = (BIT_DEPTH > 9) ? (-10 * PIXEL_MAX) : 0;
    for( int y = 0; y < height; y++ )
    {
        for( int x = -2; x < width+3; x++ )
        {
            int v = TAPFILTER(src,stride);
            dstv[x] = x264_clip_pixel( (v + 16) >> 5 );
            /* transform v for storage in a 16-bit integer */
            buf[x+2] = v + pad;
        }
        for( int x = 0; x < width; x++ )
            dstc[x] = x264_clip_pixel( (TAPFILTER(buf+2,1) - 32*pad + 512) >> 10 );
        for( int x = 0; x < width; x++ )
            dsth[x] = x264_clip_pixel( (TAPFILTER(src,1) + 16) >> 5 );
        dsth += stride;
        dstv += stride;
        dstc += stride;
        src += stride;
    }
}
```

| | |
|---|---|
| | Source: Screenshot of common/mc.c from open source x264 codebase. |
| **[C]** b) when values for sub-pixels at $1/2^{N-1}$ unit horizontal and $1/2^{N-1}$ unit vertical locations are required, interpolating such values directly using a choice of a first weighted sum of values for sub-pixels residing at $1/2^{N-1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $1/2^{N-1}$ | Aylo performs a method of interpolation in video coding wherein when values for sub-pixels at $½^{N−1}$ unit horizontal and $½^{N−1}$ unit vertical locations are required, interpolating such values directly using a choice of a first weighted sum of values for sub-pixels residing at $½^{N−1}$ unit horizontal and unit vertical locations and a second weighted sum of values for sub-pixels residing at unit horizontal and $½^{N−1}$ unit vertical locations, the first and second weighted sums of values being calculated according to step (a), for example as demonstrated in the screenshots below using VQ Analyzer software, where the 206, -126 motion vector corresponds to $½^{N−1}$ unit horizontal and $½^{N−1}$ unit vertical locations.. |

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
| --- | --- |
| unit vertical locations, the first and second weighted sums of values being calculated according to step (a); and |  |

**EXHIBIT 10**

**UNITED STATES PATENT NO. 6,950,469**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
| --- | --- |
| |  |

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

<table>
<tr><th>U.S. PATENT NO. 6,950,469</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>


Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>
Aylo uses an x264 encoder. For example, half pixel filtering is shown in the following x264 code, which defines filtering functions, and which is taken from common/mc.c:
</td></tr>
</table>

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

<table>
<tr><th>U.S. PATENT NO. 6,950,469</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>

```c
#define TAPFILTER(pix, d) ((pix)[x-2*d] + (pix)[x+3*d] - 5*((pix)[x-d] + (pix)[x+2*d]) + 20*((pix)[x] + (pix)[x+d]))
static void hpel_filter( pixel *dsth, pixel *dstv, pixel *dstc, pixel *src,
                         intptr_t stride, int width, int height, int16_t *buf )
{
    const int pad = (BIT_DEPTH > 9) ? (-10 * PIXEL_MAX) : 0;
    for( int y = 0; y < height; y++ )
    {
        for( int x = -2; x < width+3; x++ )
        {
            int v = TAPFILTER(src,stride);
            dstv[x] = x264_clip_pixel( (v + 16) >> 5 );
            /* transform v for storage in a 16-bit integer */
            buf[x+2] = v + pad;
        }
        for( int x = 0; x < width; x++ )
            dstc[x] = x264_clip_pixel( (TAPFILTER(buf+2,1) - 32*pad + 512) >> 10 );
        for( int x = 0; x < width; x++ )
            dsth[x] = x264_clip_pixel( (TAPFILTER(src,1) + 16) >> 5 );
        dsth += stride;
        dstv += stride;
        dstc += stride;
        src += stride;
    }
}
```

Source: Screenshot of common/mc.c from open source x264 codebase.
</td></tr>
<tr><td>

**[D]** c) when a value for a sub-pixel situated at a $1/2^N$ unit horizontal and $1/2^N$ unit vertical location is required, interpolating such a value by taking a weighted average of the value of a first sub-pixel or pixel situated at a $1/2^{N-m}$ unit horizontal and $1/2^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $1/2^{N-p}$ unit horizontal and $1/2^{N-q}$ unit
</td><td>

Aylo performs a method of interpolation in video coding wherein when a value for a sub-pixel situated at a $1/2^N$ unit horizontal and $1/2^N$ unit vertical location is required, interpolating such a value by taking a weighted average of the value of a first sub-pixel or pixel situated at a $1/2^{N-m}$ unit horizontal and $1/2^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a $1/2^{N-p}$ unit horizontal and $1/2^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $1/2^N$ unit horizontal and $1/2^N$ vertical location.

When encoding Aylo video, Aylo performs a method of interpolation in video coding such that when a value for a sub-pixel situated at a ½$^{N}$ unit horizontal and ½$^{N}$ unit vertical location is required, interpolating such a value by taking a weighted average of the value of a first subpixel or pixel situated at a ½$^{N-m}$ unit horizontal and ½$^{N-n}$ unit vertical location and the value of a second sub-pixel or pixel located at a ½$^{N-p}$ unit horizontal and ½$^{N-q}$ unit vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the
</td></tr>
</table>

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| vertical location, variables m, n, p and q taking integer values in the range 1 to N such that the first and second sub-pixels or pixels are located diagonally with respect to the sub-pixel at $1/2^N$ unit horizontal and $1/2^N$ vertical location. | first and second subpixels or pixels are located diagonally with respect to the sub-pixel at $½^N$ unit horizontal and $½^N$ vertical location, for example as demonstrated in the screenshots below using VQ Analyzer software, where the 153, -119 motion vector corresponds to a $½^N$ unit horizontal and $½^N$ unit vertical location.<br><br> |

**EXHIBIT 10**

**UNITED STATES PATENT NO. 6,950,469**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>Aylo uses an x264 encoder. For example, half pixel filtering is shown in the following x264 code, which defines filtering functions, and which is taken from common/mc.c: |

**EXHIBIT 10**
**UNITED STATES PATENT NO. 6,950,469**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,950,469**

| U.S. PATENT NO. 6,950,469 | INFRINGEMENT BY AYLO |
|---|---|

```
static void mc_luma( pixel *dst,    intptr_t i_dst_stride,
                     pixel *src[4], intptr_t i_src_stride,
                     int mvx, int mvy,
                     int i_width, int i_height, const x264_weight_t *weight )
{
    int qpel_idx = ((mvy&3)<<2) + (mvx&3);
    int offset = (mvy>>2)*i_src_stride + (mvx>>2);
    pixel *src1 = src[x264_hpel_ref0[qpel_idx]] + offset + ((mvy&3) == 3) * i_src_stride;

    if( qpel_idx & 5 ) /* qpel interpolation needed */
    {
        pixel *src2 = src[x264_hpel_ref1[qpel_idx]] + offset + ((mvx&3) == 3);
        pixel_avg( dst, i_dst_stride, src1, i_src_stride,
                   src2, i_src_stride, i_width, i_height );
        if( weight->weightfn )
            mc_weight( dst, i_dst_stride, dst, i_dst_stride, weight, i_width, i_height );
    }
    else if( weight->weightfn )
        mc_weight( dst, i_dst_stride, src1, i_src_stride, weight, i_width, i_height );
    else
        mc_copy( src1, i_src_stride, dst, i_dst_stride, i_width, i_height );
}
```

Source: Screenshot of common/mc.c from open source x264 codebase.