# EXHIBIT 11

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| **1 [A]** A method of encoding a digital video sequence for use in a video coding application to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of said sequence comprising an array of pixels divided into a plurality of blocks, each block comprising a certain number of said pixels, said method comprising: | Aylo performs a method of encoding a digital video sequence for use in a video coding application to produce an encoded video bit-stream representative of the digital video sequence, the digital video sequence comprising a number of frames, each frame of said sequence comprising an array of pixels divided into a plurality of blocks, each block comprising a certain number of said pixels.<br><br>To verify that Aylo practices the claimed encoding method, a bitstream was downloaded from Pornhub, which is part of Aylo's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>$ ffprobe -hide_banner Premium-Item2-40-seg-2-v1-a1.ts<br>[mpegts @ 0000029bc9a2d1c0] start time for stream 2 is not set in estimate_timings_from_pts<br>Input #0, mpegts, from 'Premium-Item2-40-seg-2-v1-a1.ts':<br>Duration: 00:00:06.04, start: 3.109000, bitrate: 4234 kb/s<br>Program 1<br>Stream #0:0[0x100]: Video: h264 (High) ([27][0][0][0] / 0x001B), yuv420p(progressive), 1920x1080 [SAR 1:1 DAR 16:9], 45 tbr, 90k tbn<br>Stream #0:1[0x101]: Audio: aac (LC) ([15][0][0][0] / 0x000F), 48000 Hz, stereo, fltp, 207 kb/s<br>Stream #0:2[0x102]: Data: timed_id3 (ID3 / 0x20334449)<br>Unsupported codec with id 98313 for input stream 2<br><br>Source: summary txt file of video downloaded from Aylo.<br><br>For example, Aylo encodes video comprising a number of frames with each of the frames divided into blocks. |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[B]** encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels for | Aylo performs a method of encoding a frame of the digital video sequence by applying motion compensated prediction to blocks of pixels for producing corresponding blocks of prediction error values. |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| producing corresponding blocks of prediction error values; | For example, as shown in the screenshot below, Aylo encodes a frame by applying a motion vector ("MV") to macroblocks. The presence of motion vectors for macroblocks, visualized with arrows, demonstrates that Aylo is using motion information to predict the content of blocks from a reference frame. Furthermore, the signaled MVL0 value for the selected macroblock indicates that the encoder has determined the relationship between the current block and a block in a reference frame. The encoder computes the residual or prediction error by subtracting the pixel values of the predicted block indicated by the motion vector from pixel values of the actual block, and this residual is what gets encoded. |

# EXHIBIT 11
## UNITED STATES PATENT NO. 8,175,148
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| |   |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | <br> |

EXHIBIT 11
UNITED STATES PATENT NO. 8,175,148
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | <br> |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| |  |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| |  |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|




| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 13 | 11 | 9 | 6 | 5 | 2 | 1 | -10 | -10 | -12 | -12 | -14 | -15 | -16 | -16 |
| 14 | 12 | 10 | 9 | 6 | 4 | 2 | 1 | -9 | -9 | -10 | -11 | -13 | -14 | -15 | -15 |
| 12 | 11 | 9 | 8 | 5 | 3 | 1 | 0 | -7 | -7 | -8 | -9 | -11 | -12 | -13 | -13 |
| 12 | 11 | 8 | 7 | 4 | 2 | 0 | -1 | -5 | -6 | -7 | -8 | -9 | -10 | -11 | -12 |
| 10 | 9 | 7 | 5 | 2 | 1 | -2 | -3 | -2 | -2 | -4 | -4 | -6 | -7 | -8 | -8 |
| 9 | 8 | 6 | 5 | 1 | 0 | -2 | -3 | 0 | -1 | -2 | -3 | -4 | -5 | -6 | -7 |
| 8 | 7 | 5 | 3 | 0 | -1 | -3 | -5 | 2 | 1 | 0 | -1 | -2 | -3 | -4 | -5 |
| 8 | 7 | 5 | 3 | 0 | -2 | -4 | -5 | 3 | 2 | 1 | 0 | -1 | -2 | -3 | -4 |
| -14 | -11 | -6 | -3 | -2 | -4 | -9 | -11 | -1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 |
| -21 | -18 | -13 | -9 | -3 | 0 | 3 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| -21 | -16 | -6 | 0 | 7 | 8 | 8 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| -15 | -15 | -15 | -15 | -11 | -7 | -2 | 1 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| -28 | -24 | -15 | -9 | -1 | 2 | 4 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| -18 | -20 | -23 | -24 | -20 | -16 | -8 | -4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| -27 | -24 | -20 | -16 | -8 | -3 | 4 | 8 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| -4 | -7 | -12 | -15 | -16 | -13 | -8 | -6 | -1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 |



Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

| | |
|---|---|
| **[C]** applying a transform coding technique to said blocks of prediction error values to produce sets of transform coefficient | Aylo performs a method of encoding a frame by applying a transform coding technique to said blocks of prediction error values to produce sets of transform coefficient values representative of said blocks of prediction error values. |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| values representative of said blocks of prediction error values; | For example, slice_qp_delta and mb_qp_delta are signaled as shown below. These parameters control the quantization of the transform coefficients, which presupposes that the transform operation has already been applied to the prediction error blocks. The transform view shows the quantization parameter value for each macroblock. MB ("Macroblock") sequence [69,59], [70,59], [71,59], [72,59] shows the transform QP for each MB modified by the signaled mb_qp_delta value. For this sequence, the QP values are 30, 32, 28, 28, signaled with mb_qp_delta values of 0, 2, -4, 0.<br><br>For example, Aylo, in encoding bitstreams, performs a transform coding process to produce sets of transform coefficients. For example, as shown below, Aylo's bitstreams include quantized transform coefficient values that Aylo produced from a transform coding process. These quantized transform coefficient values represent blocks of prediction error values as shown in the example below. |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | |


Transform block (1088,960) details

Y Residuals (1088x960)

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 13 | 11 | 9 | 6 | 5 | 2 | 1 | -10 | -10 | -12 | -12 | -14 | -15 | -16 | -16 |
| 14 | 12 | 10 | 9 | 6 | 4 | 2 | 1 | -9 | -9 | -10 | -11 | -13 | -14 | -15 | -15 |
| 12 | 11 | 9 | 8 | 5 | 3 | 1 | 0 | -7 | -7 | -8 | -9 | -11 | -12 | -13 | -13 |
| 12 | 11 | 8 | 7 | 4 | 2 | 0 | -1 | -5 | -6 | -7 | -8 | -9 | -10 | -11 | -12 |
| 10 | 9 | 7 | 5 | 2 | 1 | -2 | -3 | -2 | -2 | -4 | -4 | -6 | -7 | -8 | -8 |
| 9 | 8 | 6 | 5 | 1 | 0 | -2 | -3 | 0 | -1 | -2 | -3 | -4 | -5 | -6 | -7 |
| 8 | 7 | 5 | 3 | 0 | -1 | -3 | -5 | 2 | 1 | 0 | -1 | -2 | -3 | -4 | -5 |
| 8 | 7 | 5 | 3 | 0 | -2 | -4 | -5 | 3 | 2 | 1 | 0 | -1 | -2 | -3 | -4 |
| -14 | -11 | -6 | -3 | -2 | -4 | -9 | -11 | -1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 |
| -21 | -18 | -13 | -9 | -3 | 0 | 3 | 4 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| -21 | -16 | -6 | 0 | 7 | 8 | 8 | 8 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| -15 | -15 | -15 | -15 | -11 | -7 | -2 | 1 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| -28 | -24 | -15 | -9 | -1 | 2 | 4 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| -18 | -20 | -23 | -24 | -20 | -16 | -8 | -4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| -27 | -24 | -20 | -16 | -8 | -3 | 4 | 8 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| -4 | -7 | -12 | -15 | -16 | -13 | -8 | -6 | -1 | -1 | -1 | -1 | -1 | -1 | -1 | -1 |

Selection Info | 2136

Width: 1920 MB address: 7268 Pred type: Inter
Height: 1080 MB col, row: 68,60 Pred size: 16x16
Pictures: 270 MB X,Y: 1088,960 MB cbp: 31(11111)
Color format: 4:2:0 MB type: P_L0_16x16 MV L0: -61,60=>2
Bitdepth Y,C: 8, 8 MB field / 8x8: N/Y MV L1: -
Slice #: 0 - P Pixel col, row: N/A Qp Y/Cb/Cr: 29,27,27

For example, the QP for each macroblock is the value of the QP for the previous macroblock plus the block's mb_qp_delta value. For MB [69,59], the previous block [68,59] has a QP value of 30, which is unchanged for this block with a signaled mb_qp_delta value of zero.

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | |




MB [70,59], signals a mb_qp_delta of 2, resulting in a QP value of 32 for this MB.



**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | MB [71,59], signals a mb_qp_delta of -4, resulting in a QP value of 28 for this MB.<br><br>MB [72,59], signals a mb_qp_delta of 0, resulting in a QP value of 28 for this MB. |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | <br><br>*See also* the evidence cited in [A], [C]-[D] below.<br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[D]** defining a default level of quantization for use in encoding of the digital video sequence to quantize the sets of transform coefficient values; and | Aylo performs a method of encoding a frame by defining a default level of quantization for use in encoding of the digital video sequence to quantize the sets of transform coefficient values.<br><br>For example, a default level of quantization in the Aylo bitstream below is defined by pic_init_qp_minus26, which is set to -3. |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| |  |

Syntax Info | 2136

Filter | Hex

| SE Name | Value |
|---|---|
| pic_parameter_set_id | 0 |
| seq_parameter_set_id | 0 |
| entropy_coding_mode_flag | 1 |
| bottom_field_pic_order_in_frame_present_flag | 0 |
| num_slice_groups_minus1 | 0 |
| num_ref_idx_l0_active_minus1 | 4 |
| num_ref_idx_l1_active_minus1 | 0 |
| weighted_pred_flag | 1 |
| weighted_bipred_idc | 2 |
| pic_init_qp_minus26 | -3 |
| pic_init_qs_minus26 | 0 |
| chroma_qp_index_offset | -2 |
| deblocking_filter_control_present_flag | 1 |
| constrained_intra_pred_flag | 0 |
| redundant_pic_cnt_present_flag | 0 |
| transform_8x8_mode_flag | 1 |
| pic_scaling_matrix_present_flag | 0 |
| second_chroma_qp_index_offset | -2 |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

TS NAL SPS PPS Slice SEI MB QM Ref Lists Stat

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | <br>The default QP is then used during encoding of the sequence of frames. For example, frames 58-60 below use the same default QP value.<br><br>The slice header for frame #58 references the pic_parameter_set_id of the PPS (0) and includes a slice_qp_delta value (4): |

EXHIBIT 11
UNITED STATES PATENT NO. 8,175,148
<u>CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148</u>

<table>
<tr><th>U.S. Patent No. 8,175,148</th><th>Infringement by Aylo</th></tr>
<tr><td></td><td>




</td></tr>
</table>

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | The slice header for frame #59 references the pic_parameter_set_id of the PPS (0) and includes a slice_qp_delta value (2):<br><br><br><br> |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | The slice header for frame #60 references the pic_parameter_set_id of the PPS (0) and includes a slice_qp_delta value (2): |







Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| **[E]** providing an indication of the default level of quantization to a decoding process. | Aylo performs a method of encoding a digital video sequence by providing an indication of the default level of quantization to a decoding process.<br><br>For example, the picture parameter set used for each of the slices from the Aylo Bitstream analyzed below includes syntax element pic_init_qp_minus26, which is an indication of the default level of quantization used in encoding of the digital video sequence. The contents of Picture Parameters Set 0 are shown below.<br><br><br><br>In the screenshots below, the pic_parameter_set_ID for frames 58-60 is set to 0. |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
| --- | --- |
| |  |

**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

| U.S. Patent No. 8,175,148 | Infringement by Aylo |
|---|---|
| | |






**EXHIBIT 11**
**UNITED STATES PATENT NO. 8,175,148**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,175,148**

<table>
<tr><th>U.S. Patent No. 8,175,148</th><th>Infringement by Aylo</th></tr>
<tr><td></td><td>



Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.
</td></tr>
</table>