# EXHIBIT 12

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

<table>
<tr><th>U.S. PATENT NO. 8,050,321</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td>1. [A] A method for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence, the method comprising:</td><td>
Aylo performs a method for encoding a video sequence comprising an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence.
To verify that Aylo practices the claimed encoding method, a bitstream was downloaded from Pornhub, which is part of Aylo's platform.
The downloaded bitstream is in an H.264-compliant format.
<pre>
$ ffprobe -hide_banner Premium-Item2-40-seg-2-v1-a1.ts
[mpegts @ 0000029bc9a2d1c0] start time for stream 2 is not set in estimate_timings_from_pts
Input #0, mpegts, from 'Premium-Item2-40-seg-2-v1-a1.ts':
  Duration: 00:00:06.04, start: 3.109000, bitrate: 4234 kb/s
  Program 1
  Stream #0:0[0x100]: Video: h264 (High) ([27][0][0][0] / 0x001B), yuv420p(progressive), 1920x1080 [SAR 1:1 DAR 16:9],
  45 fps, 45 tbr, 90k tbn
  Stream #0:1[0x101]: Audio: aac (LC) ([15][0][0][0] / 0x000F), 48000 Hz, stereo, fltp, 207 kb/s
  Stream #0:2[0x102]: Data: timed_id3 (ID3  / 0x20334449)
Unsupported codec with id 98313 for input stream 2
</pre>
Source: Summary txt file of video downloaded from Aylo.
For example, Aylo encoded the video to comprise an independent sequence of image frames, wherein all motion-compensated temporal prediction references of the independent sequence refer only to image frames within said independent sequence as shown in below video analytics screenshots made using VQ Analyzer software. For example, the encoded bitstream downloaded from Aylo includes independent sequences of image frames beginning with "IDR" (Instantaneous Decoder Refresh) pictures.
The screenshots depict Frame #135 within NAL unit index 279 with NAL unit type 5, which indicates an IDR picture. Here, Frame 135 is an IDR Frame since NAL unit type equals 5.
</td></tr>
</table>

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

<table>
<tr><th>U.S. PATENT NO. 8,050,321</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>



Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

The screenshots below show that, for the independent sequence starting with Frame #135 of NAL Unit #279, at Picture Order Count (POC) = 0 onwards, no motion-compensated temporal prediction references of the independent sequence refer back to any pictures in the previous independent sequence.
</td></tr>
</table>

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| |   Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[B]** encoding into the video sequence an indication of at least one image frame, which is the first image frame, in | Aylo performs a method for encoding into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence.<br><br>For example, Aylo encoded into the video sequence an indication of at least one image frame, which is the first image frame, in decoding order, of the independent sequence, as demonstrated in the screenshots below of the video |

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| decoding order, of the independent sequence; | analytics using VQ Analyzer software. For example, the encoded bitstream downloaded from Aylo includes an indication of an IDR picture in the bitstream.<br><br>The screenshots depict Frame 135 within NAL unit index 279 with NAL unit type 5, which indicates an IDR picture. Here, Frame 135 is an IDR Frame since NAL unit type equals 5.<br><br> |

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

<table>
<tr><th>U.S. PATENT NO. 8,050,321</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>



Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.
</td></tr>
<tr><td>[C] encoding identifier values for the image frames according to a numbering scheme; and</td><td>Aylo performs a method for encoding identifier values for the image frames according to a number scheme.<br><br>For example, Aylo encoded identifier values for the image frames according to a numbering scheme, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, Aylo encoded a syntax element pic_order_cnt_lsb in the slice header syntax as a numbered identifier for pictures. For example, pic_order_cnt_lsb = 0 for the IDR Frame and then pic_order_cnt_lsb = 8 for the following frame in decoding order.</td></tr>
</table>

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

Syntax Info \| 14448

Slice #0 size in bits: 108704 SLICE_NONIDR

| SE Name | Value |
|---|---|
| first_mb_in_slice | 0 |
| slice_type | 5 |
| pic_parameter_set_id | 0 |
| frame_num | 1 |
| pic_order_cnt_lsb | 8 |
| num_ref_idx_active_override_flag | 1 |
| num_ref_idx_l0_active_minus1 | 0 |
| ref_pic_list_reordering() | |
| pred_weight_table() | |
| dec_ref_pic_marking() | |
| cabac_init_idc | 0 |
| slice_qp_delta | 2 |
| disable_deblocking_filter_idc | 0 |
| slice_alpha_c0_offset_div2 | 0 |
| slice_beta_offset_div2 | 0 |
| cabac_alignment_one_bit | 1 |
| cabac_alignment_one_bit | 1 |
| cabac_alignment_one_bit | 1 |
| cabac_alignment_one_bit | 1 |
| cabac_alignment_one_bit | 1 |
| cabac_alignment_one_bit | 1 |

TS NAL SPS PPS Slice SEI MB QM Ref Lists Stats

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, the video downloaded from Aylo includes a syntax element frame_num in the slice header syntax as a numbered identifier for pictures.

The screenshots depict frame_num = 10 and then frame_num incrementing by 1 for the following frame.

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| |   |

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|





Syntax Info | 2136

Slice #0 size in bits: 22992 SLICE_NONIDR

Filter Hex

| SE Name | Value |
|---|---|
| first_mb_in_slice | 0 |
| slice_type | 6 |
| pic_parameter_set_id | 0 |
| frame_num | 11 |
| pic_order_cnt_lsb | 40 |
| direct_spatial_mv_pred_flag | 1 |
| num_ref_idx_active_override_flag | 1 |
| num_ref_idx_l0_active_minus1 | 3 |
| num_ref_idx_l1_active_minus1 | 0 |
| **ref_pic_list_reordering()** | |
| **dec_ref_pic_marking()** | |
| cabac_init_idc | 0 |
| slice_qp_delta | 4 |
| disable_deblocking_filter_idc | 0 |
| slice_alpha_c0_offset_div2 | 0 |
| slice_beta_offset_div2 | 0 |
| cabac_alignment_one_bit | 1 |
| cabac_alignment_one_bit | 1 |

TS NAL SPS PPS Slice SEI MB QM Ref Lists St

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| **[D]** resetting the identifier value for the indicated first image frame of the independent sequence. | Aylo performs a method for resetting the identifier value for the indicated first image frame of the independent sequence.<br><br>For example, Aylo reset the identifier value for the indicated first image frame of the independent sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>The screenshots depicts pic_order_cnt_lsb = 0 for the IDR Frame.<br><br><br><br><br><br> |

# EXHIBIT 12
## UNITED STATES PATENT NO. 8,050,321
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| |  |



Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, the encoder reset frame_num to 0.

The screenshots depict frame_num = 0 for the IDR Frame 135.

# EXHIBIT 12
## UNITED STATES PATENT NO. 8,050,321
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 12**
**UNITED STATES PATENT NO. 8,050,321**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,050,321**

| U.S. PATENT NO. 8,050,321 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |