# EXHIBIT 13

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| **1. [A]** A method of coding into a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block, said method comprising: | Aylo performs a method of coding into a bitstream image information comprising a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block.<br><br>To verify that Aylo practices the claimed encoding method, a bitstream was downloaded from Pornhub, which is part of Aylo's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>`$ ffprobe -hide_banner Premium-Item2-40-seg-2-v1-a1.ts`<br>`[mpegts @ 0000029bc9a2d1c0] start time for stream 2 is not set in estimate_timings_from_pts`<br>`Input #0, mpegts, from 'Premium-Item2-40-seg-2-v1-a1.ts':`<br>`  Duration: 00:00:06.04, start: 3.109000, bitrate: 4234 kb/s`<br>`  Program 1`<br>`  Stream #0:0[0x100]: Video: h264 (High) ([27][0][0][0] / 0x001B), yuv420p(progressive), 1920x1080 [SAR 1:1 DAR 16:9], 45 fps, 45 tbr, 90k tbn`<br>`  Stream #0:1[0x101]: Audio: aac (LC) ([15][0][0][0] / 0x000F), 48000 Hz, stereo, fltp, 207 kb/s`<br>`  Stream #0:2[0x102]: Data: timed_id3 (ID3  / 0x20334449)`<br>`Unsupported codec with id 98313 for input stream 2`<br><br>For example, the video downloaded from Aylo is analyzed below.<br><br>Frame #135 is in NAL Unit #279. |

# EXHIBIT 13
## UNITED STATES PATENT NO. 7,289,674
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
| --- | --- |
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|




| Pos | NAL Type | TID | Size |
|---|---|---|---|
| 1638649 | 271: 1: non-IDR - Coded slice of a non-IDR picture | 0 | 3372 |
| 1642215 | 272: 9: AUD - Access unit delimiter | 0 | 3 |
| 1642221 | 273: 1: non-IDR - Coded slice of a non-IDR picture | 0 | 910 |
| 1646351 | 274: 9: AUD - Access unit delimiter | 0 | 3 |
| 1646357 | 275: 7: SPS - Sequence parameter set | 0 | 28 |
| 1646388 | 276: 8: PPS - Picture parameter set | 0 | 7 |
| 1646398 | 277: 7: SPS - Sequence parameter set | 0 | 27 |
| 1646428 | 278: 8: PPS - Picture parameter set | 0 | 6 |
| 1646437 | 279: 5: IDR - Coded slice of an IDR picture | 0 | 142496 |
| 1792239 | 280: 9: AUD - Access unit delimiter | 0 | 3 |
| 1792245 | 281: 1: non-IDR - Coded slice of a non-IDR picture | 0 | 13589 |
| 1806339 | 282: 9: AUD - Access unit delimiter | 0 | 3 |
| 1806345 | 283: 1: non-IDR - Coded slice of a non-IDR picture | 0 | 2736 |
| 1809347 | 284: 9: AUD - Access unit delimiter | 0 | 3 |
| 1809353 | 285: 1: non-IDR - Coded slice of a non-IDR picture | 0 | 541 |
| 1810099 | 286: 9: AUD - Access unit delimiter | 0 | 3 |
| 1810105 | 287: 1: non-IDR - Coded slice of a non-IDR picture | 0 | 943 |
| 1814047 | 288: 9: AUD - Access unit delimiter | 0 | 3 |

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

Frame 135 is an I-Slice:

# EXHIBIT 13
# UNITED STATES PATENT NO. 7,289,674
# CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
| --- | --- |
| | VQ Analyzer shows that frame #135 is a 1920 x 1080 pixel image, divided into 16x16 macroblocks from [0,0] to [119,67].<br> |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

The Type Map view shows that this frame is composed of intra-coded MBs (reddish hue):

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |   |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | (continued below) |




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

Zooming in shows that some intra-coded MBs are 16x16 and others are sub-divided into 8x8 and 4x4 sub-blocks:

# EXHIBIT 13
## UNITED STATES PATENT NO. 7,289,674
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

The Prediction view provides a visual display of the prediction mode of i8x8 and i4x4 sub-blocks with a numerical mode and directional arrow. The syntax information pane also shows the intra8x8 and intra4x4 information for the macroblock.

E.g., for MB [45,9] divided into four i8x8 blocks, the syntax information includes four values for prev_intra8x8_pred_mode_flag[0] to [3]:

# EXHIBIT 13
# UNITED STATES PATENT NO. 7,289,674
# CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |   |

# EXHIBIT 13
## UNITED STATES PATENT NO. 7,289,674
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>The information above shows that macroblock [45,9] is one of a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block.<br><br>And for MB [46,9] divided into sixteen i4x4 blocks, the syntax information includes 16 values for prev_intra4x4[0] to [15]. |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| | |
|---|---|
| |  |

EXHIBIT 13
UNITED STATES PATENT NO. 7,289,674
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

# EXHIBIT 13
## UNITED STATES PATENT NO. 7,289,674
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>The information above shows that macroblock [46,9] is one of a plurality of image blocks using a plurality of spatial prediction modes for intra-mode block prediction, wherein the spatial prediction mode of a current block is determined based on a plurality of derived prediction modes, which are derived based on the spatial prediction modes of a plurality of neighboring blocks of the current block. |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| **[B]** grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes, and | Aylo performs a method of grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes.<br><br>For example, the video downloaded from Aylo was encoded by grouping said plurality of derived prediction modes into a first group and a second group, the first group having a first number of first prediction modes and the second group having a second number of second prediction modes, wherein the first number is smaller than the number of the derived prediction modes, and wherein the first prediction modes have a higher probability of occurrence than the second prediction modes.<br><br>For example, in Frame #135, macroblock [45,9] is divided into four i8x8 blocks, the syntax information includes 4 values for prev_intra8x8_pred_mode_flag[0] to [3]. The following screenshots show the signalled syntax information and the computed Intra8x8_PredMode values for each of the 8x8 blocks (both numerically and visually with names and arrows showing direction): |

# EXHIBIT 13
## UNITED STATES PATENT NO. 7,289,674
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

<table>
<tr><th>U.S. PATENT NO. 7,289,674</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>


</td></tr>
</table>

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>For example, as shown in the above screenshots, for each of the four 8x8 blocks, Aylo assigns an intra prediction mode from one of two groups of prediction modes: (i) a first group indicated by prev_intra8x8_pred_mode_flag = 1; and (ii) a second group indicated by prev_intra8x8_pred_mode_flag = 0. The total number of possible intra prediction modes for Aylo's bitstream is 9, each individual prediction mode having a prediction mode number in the range 0 to 8.<br><br>For example, Aylo encodes prev_intra_8x8_pred_mode_flag = 1 for a given block to indicate a prediction mode (0 to 8) whose prediction mode number is the lower of the respective prediction mode numbers of the neighbouring blocks to the left and above the block in question. Thus, this lower prediction mode |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | comprises a first group of prediction modes with a first prediction mode. This first group has a first number of prediction modes (1), wherein the first number is smaller than the number of derived prediction modes.<br><br>For example, Aylo encodes prev_intra8x8_pred_mode_flag = 0 for a given block to indicate a prediction mode from the second group of prediction modes, wherein the second group of prediction modes comprises the remaining eight possible prediction modes that are not included in the first group. For example, the screenshots above show that, for particular ones of the 4 intra-coded blocks, Aylo includes rem_intra8x8_pred_mode in the bitstream to identify a mode from the remaining eight possible prediction modes.<br><br>For example, in Frame #135, macroblock [46,9] is divided into sixteen i4x4 blocks, the syntax information includes 16 values for prev_intra4x4_pred_mode_flag[0] to [15]. The following screenshots show the signalled syntax information and the computed Intra4x4_PredMode values for each of the 4x4 blocks (both numerically and visually with names and arrows showing direction): |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | <br><br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As shown in the above screenshots, for each of the sixteen 4x4 blocks, Aylo assigns an intra prediction mode from one of two groups of prediction modes: (i) a first group indicated by prev_intra4x4_pred_mode_flag = 1; and (ii) a second group indicated by prev_intra4x4_pred_mode_flag = 0. The total number of possible intra prediction modes for Aylo's bitstream is 9, each individual prediction mode having a prediction mode number in the range 0 to 8. |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | Aylo encodes prev_intra_4x4_pred_mode_flag = 1 for a given block to indicate a prediction mode (0 to 8) whose prediction mode number is the lower of the respective prediction mode numbers of the neighbouring blocks to the left and above the block in question. Thus, this lower prediction mode comprises a first group of prediction modes with a first prediction mode. This first group has a first number of prediction modes (1), wherein the first number is smaller than the number of derived prediction modes.<br><br>Aylo encodes prev_intra4x4_pred_mode_flag = 0 for a given block to indicate a prediction mode from the second group of prediction modes, wherein the second group of prediction modes comprises the remaining eight possible prediction modes that are not included in the first group. For example, the screenshots above show that, for particular ones of the 16 intra-coded blocks, Aylo includes rem_intra4x4_pred_mode in the bitstream to identify a mode from the remaining eight possible prediction modes.<br><br>For example, in Aylo's bitstreams, first prediction modes have a higher probability of occurrence than the second prediction modes.<br><br>For example, in Aylo's encoding process, the first prediction mode is selected from the lower valued mode of the above and left neighbor. More probable modes are assigned a lower value, and the spatial correlation between the current block and its neighbors results in the first prediction mode having a higher probability of occurrence than the second prediction modes. |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| |  <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[C]** coding into the bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group. | Aylo performs a method of coding into the bitstream information indicative of whether the spatial prediction mode of the current block belongs to the first group or the second group.<br><br>For example, as shown in the below screenshot for MB [45,9], Aylo encodes blocks using a coding mode in the first group with a prev_intra8x8_pred_mode_flag with a value of "1" (indicative of the spatial prediction mode of the current block belonging to the first group) whereas blocks using a coding mode in the second group are coded with a prev_intra8x8_pred_mode_flag with a value of "0". |

# EXHIBIT 13
## UNITED STATES PATENT NO. 7,289,674
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | <br><br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo. |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | For example, in the below screenshot for MB [46,9], Aylo encodes blocks using a coding mode in the first group with a prev_intra4x4_pred_mode_flag with a value of "1" (indicative of the spatial prediction mode of the current block belonging to the first group) whereas blocks using a coding mode in the second group are coded with a prev_intra4x4_pred_mode_flag with a value of "0".  |

**EXHIBIT 13**
**UNITED STATES PATENT NO. 7,289,674**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 7,289,674**

| U.S. PATENT NO. 7,289,674 | INFRINGEMENT BY AYLO |
|---|---|
| | Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo. |