# EXHIBIT 14

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

<table>
<tr><th>U.S. PATENT NO. 6,968,005</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td>1. [A] A method of encoding a video signal representing a sequence of pictures to form an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures,</td><td>
Aylo performs a method of encoding a video signal representing a sequence of pictures to form an encoded video signal comprising temporally independent INTRA pictures and temporally predicted pictures.
To verify that Aylo practices the claimed encoding method, a bitstream was downloaded from Pornhub, which is part of Aylo's platform.
The downloaded bitstream is in an H.264-compliant format.
<pre>
$ ffprobe -hide_banner Premium-Item2-40-seg-2-v1-a1.ts
[mpegts @ 0000029bc9a2d1c0] start time for stream 2 is not set in estimate_timings_from_pts
Input #0, mpegts, from 'Premium-Item2-40-seg-2-v1-a1.ts':
  Duration: 00:00:06.04, start: 3.109000, bitrate: 4234 kb/s
  Program 1
  Stream #0:0[0x100]: Video: h264 (High) ([27][0][0][0] / 0x001B), yuv420p(progressive), 1920x1080 [SAR 1:1 DA
  16:9], 45 fps, 45 tbr, 90k tbn
  Stream #0:1[0x101]: Audio: aac (LC) ([15][0][0][0] / 0x000F), 48000 Hz, stereo, fltp, 207 kb/s
  Stream #0:2[0x102]: Data: timed_id3 (ID3  / 0x20334449)
Unsupported codec with id 98313 for input stream 2
</pre>
Source: summary txt file of video downloaded from Aylo.
For example, the video downloaded from Aylo is analyzed below.
As an example, the encoded video includes independent INTRA pictures. As shown below, Frame #0 is an IDR frame, which is an INTRA picture.


</td></tr>
</table>

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>Frame #135 is also an IDR Frame, which is an Intra Picture. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| | See image and text below |




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, the encoded video includes temporally predicted pictures. As shown below, Frame #1 is a non-IDR picture and is temporally predicted with reference to Frame #0 as shown by the arrow in the filmstrip view.

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| |     Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| **[B]** wherein the INTRA pictures and at least some of the temporally predicted pictures are used to form reference pictures for the temporal prediction of other pictures in the video sequence, | Aylo performs a method wherein the INTRA pictures and at least some of the temporally predicted pictures are used to form reference pictures for the temporal prediction of other pictures in the video sequence.<br><br>For example, the video downloaded from Aylo was encoded so that the INTRA pictures and at least some of the temporally predicted pictures are used to form reference pictures for the temporal prediction of other pictures in the video sequence, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>As an example, Frame #0 is an IDR picture and is used as a reference picture for Frame #1. |

# EXHIBIT 14
## UNITED STATES PATENT NO. 6,968,005
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005

<table>
<tr><th>U.S. PATENT NO. 6,968,005</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>


<br>


</td></tr>
</table>

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| | Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As another example, Frame #17 is a P picture (slice_type = 5) and is used as a reference picture.<br><br> |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
| --- | --- |
| | Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As another example, the below hierarchy view screenshot from VQ Analyzer shows pictures used to form reference pictures for the temporal prediction of other pictures in the video sequence. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[C]** comprising indicating an encoding order of those pictures used to form reference pictures in the encoded video signal with a sequence indicator having an independent numbering scheme, such that consecutive pictures used to form reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures. | Aylo performs a method comprising indicating an encoding order of those pictures used to form reference pictures in the encoded video signal with a sequence indicator having an independent numbering scheme, such that consecutive pictures used to form reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures.<br><br>For example, the video downloaded from Aylo was encoded by indicating an encoding order of those pictures used to form reference pictures in the encoded video signal with a sequence indicator having an independent numbering scheme, such that consecutive pictures used to form reference pictures in encoding order are assigned sequence indicator values that differ with respect to each other by a predetermined amount independent of the number of non-reference pictures encoded between successive reference pictures, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>As an example, the screenshots from VQ Analyzer below show the frame_num sequence indicator incrementing only for reference frames, demonstrating a numbering scheme that is independent of the number of non-reference frames encoded between successive reference frames. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
| --- | --- |
| | <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>Frame #19 is a reference picture and has frame_num = 10. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

Frame #20 is a reference picture and has frame_num = 11.

# EXHIBIT 14
## UNITED STATES PATENT NO. 6,968,005
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| | Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>Frame #21 is a non-refernece picture and has frame_num = 12. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

Frame #22 is a non-reference picture and has frame_num = 12.

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|
| |  <br>Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>Frame #23 is a reference picture and has frame_num = 12. |

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

| U.S. PATENT NO. 6,968,005 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

Frame #24, which follows a reference picture, has frame_num = 13.

**EXHIBIT 14**
**UNITED STATES PATENT NO. 6,968,005**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 6,968,005**

<table>
<tr><th>U.S. PATENT NO. 6,968,005</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>


Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.
</td></tr>
</table>