# EXHIBIT 15

# EXHIBIT 15
## UNITED STATES PATENT NO. 8,107,744
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| **12. [A]** A method in an encoder for forming an encoded picture stream of encoded pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures, the method in the encoder comprising: | Aylo performs a method in an encoder for forming an encoded picture stream of encoded pictures, the pictures having a type, wherein pictures of any type may be defined as reference pictures.<br><br>To verify that Aylo practices the claimed encoding method, a bitstream was downloaded from Pornhub, which is part of Aylo's platform.<br><br>The downloaded bitstream is in an H.264-compliant format.<br><br>`$ ffprobe -hide_banner Premium-Item2-40-seg-2-v1-a1.ts`<br>`[mpegts @ 0000029bc9a2d1c0] start time for stream 2 is not set in estimate_timings_from_pts`<br>`Input #0, mpegts, from 'Premium-Item2-40-seg-2-v1-a1.ts':`<br>`  Duration: 00:00:06.04, start: 3.109000, bitrate: 4234 kb/s`<br>`  Program 1`<br>`  Stream #0:0[0x100]: Video: h264 (High) ([27][0][0][0] / 0x001B), yuv420p(progressive), 1920x1080 [SAR 1:1 DAR 16:9], 45 fps, 45 tbr, 90k tbn`<br>`  Stream #0:1[0x101]: Audio: aac (LC) ([15][0][0][0] / 0x000F), 48000 Hz, stereo, fltp, 207 kb/s`<br>`  Stream #0:2[0x102]: Data: timed_id3 (ID3  / 0x20334449)`<br>`Unsupported codec with id 98313 for input stream 2`<br><br>Source: summary txt file of video downloaded from Aylo.<br><br>For example, the encoded video downloaded from Aylo includes an indication of the type of encoded pictures for each encoded picture as demonstrated in the screenshots below of the video analytics using VQ Analyzer.<br><br>As an example, Frame #0 includes slice_type = 7, indicating that it is encoded as an I frame. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|




| slice_type | Name of slice_type |
|---|---|
| 0 | P (P slice) |
| 1 | B (B slice) |
| 2 | I (I slice) |
| 3 | SP (SP slice) |
| 4 | SI (SI slice) |
| 5 | P (P slice) |
| 6 | B (B slice) |
| 7 | I (I slice) |
| 8 | SP (SP slice) |
| 9 | SI (SI slice) |

Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, Frame #1 includes slice_type = 5, indicating that it is encoded as a P frame.

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, Frame #2 includes slice_type = 6, indicating that it is encoded as a B frame.

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, Frame #3 includes slice_type = 6, indicating that it is encoded as a B frame.

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

<table>
<tr><th>U.S. PATENT NO. 8,107,744</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>

Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.</td></tr>
<tr><td>[B] declaring and indicating in the encoder that the pictures are reference pictures or non-reference pictures,</td><td>Aylo performs a method in an encoder for forming an encoded picture stream of encoded pictures comprising declaring and indicating in the encoder that the pictures are reference pictures or non-reference pictures.<br><br>For example, the video downloaded from Aylo is analyzed below.</td></tr>
</table>

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
| --- | --- |
| | For example, the video downloaded from Aylo was encoded by declaring and indicating in the encoder that the pictures are reference pictures or non-reference pictures, as demonstrated in the screenshots below of the video analytics using VQ Analyzer and ffmpeg software.<br><br>For example, the screenshots below depict Frame #0 of the encoded video and a filmstrip showing the first five frames of the encoded video in decoding order.<br><br> |

**Exhibit 15**
**United States Patent No. 8,107,744**
**Claim Chart for Infringement of U.S. Patent No. 8,107,744**

| U.S. Patent No. 8,107,744 | Infringement by Aylo |
|---|---|
| |  Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |



An ffmpeg dump for the NAL unit associated with Frame #0 shows that Frame #0 is a reference frame (nal_ref_idc = 3).

```
[trace_headers @ 00000203eeaf4400] Slice Header
[trace_headers @ 00000203eeaf4400] 0           forbidden_zero_bit                    0 = 0
[trace_headers @ 00000203eeaf4400] 1           nal_ref_idc                          11 = 3
[trace_headers @ 00000203eeaf4400] 3           nal_unit_type                     00101 = 5
[trace_headers @ 00000203eeaf4400] 8           first_mb_in_slice                     1 = 0
[trace_headers @ 00000203eeaf4400] 9           slice_type                      0001000 = 7
[trace_headers @ 00000203eeaf4400] 16          pic_parameter_set_id                  1 = 0
[trace_headers @ 00000203eeaf4400] 17          frame_num                          0000 = 0
[trace_headers @ 00000203eeaf4400] 21          idr_pic_id                          010 = 1
[trace_headers @ 00000203eeaf4400] 24          pic_order_cnt_lsb                000000 = 0
```

**EXHIBIT 15**

**UNITED STATES PATENT NO. 8,107,744**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | (continued below) |

```
[trace_headers @ 00000203eeaf4400] 30        no_output_of_prior_pics_flag                    0 = 0
[trace_headers @ 00000203eeaf4400] 31        long_term_reference_flag                        0 = 0
[trace_headers @ 00000203eeaf4400] 32        slice_qp_delta                                010 = 1
[trace_headers @ 00000203eeaf4400] 35        disable_deblocking_filter_idc                   1 = 0
[trace_headers @ 00000203eeaf4400] 36        slice_alpha_c0_offset_div2                      1 = 0
[trace_headers @ 00000203eeaf4400] 37        slice_beta_offset_div2                          1 = 0
[trace_headers @ 00000203eeaf4400] 38        cabac_alignment_one_bit                         1 = 1
[trace_headers @ 00000203eeaf4400] 39        cabac_alignment_one_bit                         1 = 1
```

Source: ffmpeg dump of video downloaded from Aylo.

As another example, the screenshots below depict Frame #1 of the encoded video and a filmstrip showing the first five frames of the encoded video in decoding order.



**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>An ffmpeg dump for the NAL unit associated with Frame #1 shows that Frame #1 is a reference frame (nal_ref_idc = 2).<br><br>[trace_headers @ 00000203eeaf4400] Slice Header<br>[trace_headers @ 00000203eeaf4400] 0 forbidden_zero_bit 0 = 0<br>[trace_headers @ 00000203eeaf4400] 1 nal_ref_idc 10 = 2<br>[trace_headers @ 00000203eeaf4400] 3 nal_unit_type 00001 = 1<br>[trace_headers @ 00000203eeaf4400] 8 first_mb_in_slice 1 = 0<br>[trace_headers @ 00000203eeaf4400] 9 slice_type 00110 = 5<br>[trace_headers @ 00000203eeaf4400] 14 pic_parameter_set_id 1 = 0<br>[trace_headers @ 00000203eeaf4400] 15 frame_num 0001 = 1<br>[trace_headers @ 00000203eeaf4400] 19 pic_order_cnt_lsb 001000 = 8<br>[trace_headers @ 00000203eeaf4400] 25 num_ref_idx_active_override_flag 1 = 1 |

EXHIBIT 15
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|

```
[trace_headers @ 00000203eeaf4400] 26        num_ref_idx_l0_active_minus1                         1 = 0
[trace_headers @ 00000203eeaf4400] 27        ref_pic_list_modification_flag_l0                    0 = 0
[trace_headers @ 00000203eeaf4400] 28        luma_log2_weight_denom                               1 = 0
[trace_headers @ 00000203eeaf4400] 29        chroma_log2_weight_denom                             1 = 0
[trace_headers @ 00000203eeaf4400] 30        luma_weight_l0_flag[0]                               0 = 0
[trace_headers @ 00000203eeaf4400] 31        chroma_weight_l0_flag[0]                             0 = 0
[trace_headers @ 00000203eeaf4400] 32        adaptive_ref_pic_marking_mode_flag                   0 = 0
[trace_headers @ 00000203eeaf4400] 33        cabac_init_idc                                       1 = 0
[trace_headers @ 00000203eeaf4400] 34        slice_qp_delta                                 0001000 = 4
[trace_headers @ 00000203eeaf4400] 41        disable_deblocking_filter_idc                        1 = 0
[trace_headers @ 00000203eeaf4400] 42        slice_alpha_c0_offset_div2                           1 = 0
[trace_headers @ 00000203eeaf4400] 43        slice_beta_offset_div2                               1 = 0
[trace_headers @ 00000203eeaf4400] 44        cabac_alignment_one_bit                              1 = 1
[trace_headers @ 00000203eeaf4400] 45        cabac_alignment_one_bit                              1 = 1
[trace_headers @ 00000203eeaf4400] 46        cabac_alignment_one_bit                              1 = 1
[trace_headers @ 00000203eeaf4400] 47        cabac_alignment_one_bit
```

Source: ffmpeg dump of video downloaded from Aylo.

As another example, the screenshots below depict Frame #2 of the encoded video and a filmstrip showing the first five frames of the encoded video in decoding order.



**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | |




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

An ffmpeg dump for the NAL unit associated with Frame #2 shows that Frame #2 is a reference frame (nal_ref_idc = 2).

```
[trace_headers @ 00000203eeaf4400] Slice Header
[trace_headers @ 00000203eeaf4400] 0          forbidden_zero_bit                     0 = 0
[trace_headers @ 00000203eeaf4400] 1          nal_ref_idc                           10 = 2
[trace_headers @ 00000203eeaf4400] 3          nal_unit_type                      00001 = 1
[trace_headers @ 00000203eeaf4400] 8          first_mb_in_slice                      1 = 0
[trace_headers @ 00000203eeaf4400] 9          slice_type                         00111 = 6
[trace_headers @ 00000203eeaf4400] 14         pic_parameter_set_id                   1 = 0
[trace_headers @ 00000203eeaf4400] 15         frame_num                           0010 = 2
[trace_headers @ 00000203eeaf4400] 19         pic_order_cnt_lsb                 000100 = 4
[trace_headers @ 00000203eeaf4400] 25         direct_spatial_mv_pred_flag            1 = 1
[trace_headers @ 00000203eeaf4400] 26         num_ref_idx_active_override_flag       1 = 1
```

# EXHIBIT 15
## UNITED STATES PATENT NO. 8,107,744
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|

```
[trace_headers @ 00000203eeaf4400] 27        num_ref_idx_l0_active_minus1                 1 = 0
[trace_headers @ 00000203eeaf4400] 28        num_ref_idx_l1_active_minus1                 1 = 0
[trace_headers @ 00000203eeaf4400] 29        ref_pic_list_modification_flag_l0            0 = 0
[trace_headers @ 00000203eeaf4400] 30        ref_pic_list_modification_flag_l1            0 = 0
[trace_headers @ 00000203eeaf4400] 31        adaptive_ref_pic_marking_mode_flag           0 = 0
[trace_headers @ 00000203eeaf4400] 32        cabac_init_idc                               1 = 0
[trace_headers @ 00000203eeaf4400] 33        slice_qp_delta                         0001010 = 5
[trace_headers @ 00000203eeaf4400] 40        disable_deblocking_filter_idc                1 = 0
[trace_headers @ 00000203eeaf4400] 41        slice_alpha_c0_offset_div2                   1 = 0
[trace_headers @ 00000203eeaf4400] 42        slice_beta_offset_div2                       1 = 0
[trace_headers @ 00000203eeaf4400] 43        cabac_alignment_one_bit                      1 = 1
[trace_headers @ 00000203eeaf4400] 44        cabac_alignment_one_bit                      1 = 1
[trace_headers @ 00000203eeaf4400] 45        cabac_alignment_one_bit                      1 = 1
[trace_headers @ 00000203eeaf4400] 46        cabac_alignment_one_bit                      1 = 1
[trace_headers @ 00000203eeaf4400] 47        cabac_alignment_one_bit                      1 = 1
```

Source: ffmpeg dump of video downloaded from Aylo.

As another example, the screenshots below depict Frame #3 of the encoded video and a filmstrip showing the first five frames of the encoded video in decoding order.



**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

An ffmpeg dump for the NAL unit associated with Frame #3 shows that Frame #3 is not a reference frame (nal_ref_idc = 0).

```
[trace_headers @ 00000203eeaf4400] Slice Header
[trace_headers @ 00000203eeaf4400] 0          forbidden_zero_bit                    0 = 0
[trace_headers @ 00000203eeaf4400] 1          nal_ref_idc                          00 = 0
[trace_headers @ 00000203eeaf4400] 3          nal_unit_type                     00001 = 1
[trace_headers @ 00000203eeaf4400] 8          first_mb_in_slice                     1 = 0
[trace_headers @ 00000203eeaf4400] 9          slice_type                        00111 = 6
[trace_headers @ 00000203eeaf4400] 14         pic_parameter_set_id                  1 = 0
[trace_headers @ 00000203eeaf4400] 15         frame_num                          0011 = 3
[trace_headers @ 00000203eeaf4400] 19         pic_order_cnt_lsb                000010 = 2
[trace_headers @ 00000203eeaf4400] 25         direct_spatial_mv_pred_flag           1 = 1
[trace_headers @ 00000203eeaf4400] 26         num_ref_idx_active_override_flag      1 = 1
```

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | [trace_headers @ 00000203eeaf4400] 27 num_ref_idx_l0_active_minus1 1 = 0<br>[trace_headers @ 00000203eeaf4400] 28 num_ref_idx_l1_active_minus1 010 = 1<br>[trace_headers @ 00000203eeaf4400] 31 ref_pic_list_modification_flag_l0 0 = 0<br>[trace_headers @ 00000203eeaf4400] 32 ref_pic_list_modification_flag_l1 0 = 0<br>[trace_headers @ 00000203eeaf4400] 33 cabac_init_idc 1 = 0<br>[trace_headers @ 00000203eeaf4400] 34 slice_qp_delta 0001100 = 6<br>[trace_headers @ 00000203eeaf4400] 41 disable_deblocking_filter_idc 1 = 0<br>[trace_headers @ 00000203eeaf4400] 42 slice_alpha_c0_offset_div2 1 = 0<br>[trace_headers @ 00000203eeaf4400] 43 slice_beta_offset_div2 1 = 0<br>[trace_headers @ 00000203eeaf4400] 44 cabac_alignment_one_bit 1 = 1<br>[trace_headers @ 00000203eeaf4400] 45 cabac_alignment_one_bit 1 = 1<br>[trace_headers @ 00000203eeaf4400] 46 cabac_alignment_one_bit 1 = 1<br>[trace_headers @ 00000203eeaf4400] 47 cabac_alignment_one_bit 1 = 1<br><br>Source: ffmpeg dump of video downloaded from Aylo. |
| **[C]** defining information in the encoder relating to decoding order and output order of pictures of the picture stream, and | Aylo performs a method in an encoder for forming an encoded picture stream of encoded pictures comprising defining information in the encoder relating to decoding order and output order of pictures of the picture stream.<br><br>For example, the video downloaded from Aylo was encoded by defining information in the encoder relating to decoding order and output order of pictures of the picture stream, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, the encoder outputs NAL units for each frame in decoding order and signals pic_order_cnt_lsb which indicates the output order of pictures of the picture stream.<br><br>As an example, Frame #0 includes pic_order_cnt_lsb = 0. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | <br>Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.<br><br>As another example, Frame #1 includes pic_order_cnt_lsb = 8. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

<table>
<tr><th>U.S. PATENT NO. 8,107,744</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>


</td></tr>
</table>

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | (see below) |




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, Frame #2 includes pic_order_cnt_lsb = 4.

# EXHIBIT 15
## UNITED STATES PATENT NO. 8,107,744
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

EXHIBIT 15
UNITED STATES PATENT NO. 8,107,744
CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, Frame #3 includes pic_order_cnt_lsb = 2.

# EXHIBIT 15
## UNITED STATES PATENT NO. 8,107,744
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

<table>
<tr><th>U.S. PATENT NO. 8,107,744</th><th>INFRINGEMENT BY AYLO</th></tr>
<tr><td></td><td>




Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.</td></tr>
<tr><td>[D] determining for the encoded picture stream a</td><td>Aylo performs a method in an encoder for forming an encoded picture stream of encoded pictures comprisingdetermining for the encoded picture stream a number of decoded pictures arranged to be buffered</td></tr>
</table>

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| number of decoded pictures arranged to be buffered in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of the decoded pictures when the same unified picture buffer of the decoder is used for storing and reordering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures of the encoded picture stream; and | in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of the decoded pictures when the same unified picture buffer of the decoder is used for storing and reordering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures of the encoded picture stream.<br><br>For example, the video downloaded from Aylo was encoded by determining for the encoded picture stream a number of decoded pictures arranged to be buffered in decoding order in a unified picture buffer of a decoder that is sufficient to recover the output order of the decoded pictures when the same unified picture buffer of the decoder is used for storing and reordering both decoded pictures that are referenced by one or more un-decoded pictures and decoded non-reference pictures of the encoded picture stream, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>For example, the following screenshot shows that the Sequence Parameter Set (SPS) of the encoded video includes vui_parameters (Video Usability Information) as denoted by the presence of vui_parameters(). |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | (see below) |



Syntax Info | 2136

| SE Name | Value |
|---|---|
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| vui_parameters() | |
| aspect_ratio_info_present_flag | 1 |
| aspect_ratio_idc | 1 |
| overscan_info_present_flag | 0 |
| video_signal_type_present_flag | 0 |
| chroma_loc_info_present_flag | 0 |
| timing_info_present_flag | 1 |
| num_units_in_tick | 1 |
| time_scale | 90 |
| fixed_frame_rate_flag | 0 |
| nal_hrd_parameters_present_flag | 0 |
| vcl_hrd_parameters_present_flag | 0 |
| pic_struct_present_flag | 0 |
| bitstream_restriction_flag | 1 |
| motion_vectors_over_pic_boundaries_flag | 1 |
| max_bytes_per_pic_denom | 0 |
| max_bits_per_mb_denom | 0 |
| log2_max_mv_length_horizontal | 11 |
| log2_max_mv_length_vertical | 11 |
| num_reorder_frames | 2 |
| max_dec_frame_buffering | 5 |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |



Source: Screenshot of VQ Analyzer software analyzing video downloaded from Aylo.

As another example, the SPS includes information from the encoder to indicate to a decoder how its unified picture buffer should be configured, including max_num_ref_frames.

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| |  (screenshot text below) As another example, vui_parameters includes information from the encoder to indicate to a decoder how its unified picture buffer should be configured, including max_dec_frame_buffering and num_reorder_frames. |



| SE Name | Value |
|---|---|
| profile_idc | 100 |
| constraint_set0_flag | 0 |
| constraint_set1_flag | 0 |
| constraint_set2_flag | 0 |
| constraint_set3_flag | 0 |
| constraint_set4_flag | 0 |
| constraint_set5_flag | 0 |
| reserved_zero_2bits | 0 |
| level_idc | 50 |
| seq_parameter_set_id | 0 |
| chroma_format_idc | 1 |
| bit_depth_luma_minus8 | 0 |
| bit_depth_chroma_minus8 | 0 |
| qpprime_y_zero_transform_bypass_flag | 0 |
| seq_scaling_matrix_present_flag | 0 |
| log2_max_frame_num_minus4 | 0 |
| pic_order_cnt_type | 0 |
| log2_max_pic_order_cnt_lsb_minus4 | 2 |
| max_num_ref_frames | 5 |
| gaps_in_frame_num_value_allowed_flag | 0 |
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| **vui_parameters()** | |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

**EXHIBIT 15**

**UNITED STATES PATENT NO. 8,107,744**

**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | (screenshot below) |

Syntax Info | 2136

Filter | Hex

| SE Name | Value |
|---|---|
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| **vui_parameters()** | |
| aspect_ratio_info_present_flag | 1 |
| aspect_ratio_idc | 1 |
| overscan_info_present_flag | 0 |
| video_signal_type_present_flag | 0 |
| chroma_loc_info_present_flag | 0 |
| timing_info_present_flag | 1 |
| num_units_in_tick | 1 |
| time_scale | 90 |
| fixed_frame_rate_flag | 0 |
| nal_hrd_parameters_present_flag | 0 |
| vcl_hrd_parameters_present_flag | 0 |
| pic_struct_present_flag | 0 |
| bitstream_restriction_flag | 1 |
| motion_vectors_over_pic_boundaries_flag | 1 |
| max_bytes_per_pic_denom | 0 |
| max_bits_per_mb_denom | 0 |
| log2_max_mv_length_horizontal | 11 |
| log2_max_mv_length_vertical | 11 |
| num_reorder_frames | 2 |
| max_dec_frame_buffering | 5 |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

TS | NAL | SPS | PPS | Slice | SEI | MB | QM | Ref Lists

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | (see screenshot below) |

Syntax Info | 14448

Filter | Hex

| SE Name | Value |
|---|---|
| max_num_ref_frames | 5 |
| gaps_in_frame_num_value_allowed_flag | 0 |
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| **vui_parameters()** | |
| aspect_ratio_info_present_flag | 1 |
| aspect_ratio_idc | 1 |
| overscan_info_present_flag | 0 |
| video_signal_type_present_flag | 0 |
| chroma_loc_info_present_flag | 0 |
| timing_info_present_flag | 1 |
| num_units_in_tick | 1 |
| time_scale | 90 |
| fixed_frame_rate_flag | 0 |
| nal_hrd_parameters_present_flag | 0 |
| vcl_hrd_parameters_present_flag | 0 |
| pic_struct_present_flag | 0 |
| bitstream_restriction_flag | 1 |
| motion_vectors_over_pic_boundaries_flag | 1 |
| max_bytes_per_pic_denom | 0 |
| max_bits_per_mb_denom | 0 |
| log2_max_mv_length_horizontal | 11 |
| log2_max_mv_length_vertical | 11 |
| num_reorder_frames | 2 |
| max_dec_frame_buffering | 5 |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

TS | NAL | SPS | PPS | Slice | SEI | MB | QM | Ref Lists

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo. |
| **[E]** defining an indication of said number in the encoder. | Aylo performs a method in an encoder for forming an encoded picture stream of encoded pictures comprising defining an indication of said number in the encoder.<br><br>For example, the video downloaded from Aylo was encoded by defining an indication of said number in the encoder, as demonstrated in the screenshots below of the video analytics using VQ Analyzer software.<br><br>As an example, the encoded video includes a Sequence Parameter Set including max_num_ref_frames, max_dec_frame_buffering, and num_reorder_frames, which indicate to a decoder how its unified picture buffer should be configured. |

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

Syntax Info | 2136

Filter | Hex

| SE Name | Value |
|---|---|
| profile_idc | 100 |
| constraint_set0_flag | 0 |
| constraint_set1_flag | 0 |
| constraint_set2_flag | 0 |
| constraint_set3_flag | 0 |
| constraint_set4_flag | 0 |
| constraint_set5_flag | 0 |
| reserved_zero_2bits | 0 |
| level_idc | 50 |
| seq_parameter_set_id | 0 |
| chroma_format_idc | 1 |
| bit_depth_luma_minus8 | 0 |
| bit_depth_chroma_minus8 | 0 |
| qpprime_y_zero_transform_bypass_flag | 0 |
| seq_scaling_matrix_present_flag | 0 |
| log2_max_frame_num_minus4 | 0 |
| pic_order_cnt_type | 0 |
| log2_max_pic_order_cnt_lsb_minus4 | 2 |
| max_num_ref_frames | 5 |
| gaps_in_frame_num_value_allowed_flag | 0 |
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| **vui_parameters()** | |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

TS | NAL | SPS | PPS | Slice | SEI | MB | QM | Ref Lists

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| |  |

Syntax Info | 2136

Filter    Hex

| SE Name | Value |
|---|---|
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| vui_parameters() | |
| aspect_ratio_info_present_flag | 1 |
| aspect_ratio_idc | 1 |
| overscan_info_present_flag | 0 |
| video_signal_type_present_flag | 0 |
| chroma_loc_info_present_flag | 0 |
| timing_info_present_flag | 1 |
| num_units_in_tick | 1 |
| time_scale | 90 |
| fixed_frame_rate_flag | 0 |
| nal_hrd_parameters_present_flag | 0 |
| vcl_hrd_parameters_present_flag | 0 |
| pic_struct_present_flag | 0 |
| bitstream_restriction_flag | 1 |
| motion_vectors_over_pic_boundaries_flag | 1 |
| max_bytes_per_pic_denom | 0 |
| max_bits_per_mb_denom | 0 |
| log2_max_mv_length_horizontal | 11 |
| log2_max_mv_length_vertical | 11 |
| num_reorder_frames | 2 |
| max_dec_frame_buffering | 5 |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

TS NAL SPS PPS Slice SEI MB QM Ref Lists

# EXHIBIT 15
## UNITED STATES PATENT NO. 8,107,744
## CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744

| U.S. PATENT NO. 8,107,744 | INFRINGEMENT BY AYLO |
|---|---|
| | (screenshot and source below) |



Syntax Info | 14448

Filter | Hex

| SE Name | Value |
|---|---|
| max_num_ref_frames | 5 |
| gaps_in_frame_num_value_allowed_flag | 0 |
| pic_width_in_mbs_minus1 | 119 |
| pic_height_in_map_units_minus1 | 67 |
| frame_mbs_only_flag | 1 |
| direct_8x8_inference_flag | 1 |
| frame_cropping_flag | 1 |
| frame_crop_left_offset | 0 |
| frame_crop_right_offset | 0 |
| frame_crop_top_offset | 0 |
| frame_crop_bottom_offset | 4 |
| vui_parameters_present_flag | 1 |
| vui_parameters() | |
| aspect_ratio_info_present_flag | 1 |
| aspect_ratio_idc | 1 |
| overscan_info_present_flag | 0 |
| video_signal_type_present_flag | 0 |
| chroma_loc_info_present_flag | 0 |
| timing_info_present_flag | 1 |
| num_units_in_tick | 1 |
| time_scale | 90 |
| fixed_frame_rate_flag | 0 |
| nal_hrd_parameters_present_flag | 0 |
| vcl_hrd_parameters_present_flag | 0 |
| pic_struct_present_flag | 0 |
| bitstream_restriction_flag | 1 |
| motion_vectors_over_pic_boundaries_flag | 1 |
| max_bytes_per_pic_denom | 0 |
| max_bits_per_mb_denom | 0 |
| log2_max_mv_length_horizontal | 11 |
| log2_max_mv_length_vertical | 11 |
| num_reorder_frames | 2 |
| max_dec_frame_buffering | 5 |
| rbsp_stop_one_bit | 1 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |
| rbsp_alignment_zero_bit | 0 |

TS NAL SPS PPS Slice SEI MB QM Ref Lists

Source: Screenshots of VQ Analyzer software analyzing video downloaded from Aylo.

**EXHIBIT 15**
**UNITED STATES PATENT NO. 8,107,744**
**CLAIM CHART FOR INFRINGEMENT OF U.S. PATENT NO. 8,107,744**