# EXHIBIT 16

# The Pornhub PLAYBOOK

## How to make money with Pornhub

Pornhub Network

CONTENT PARTNER PROGRAM

## Table of Contents

**Part 1: Video Basics ........................................3**
1.1 Maximizing Your Exposure on Pornhub..................4
1.2 Editing Videos........................................................5
1.3 Video Length .........................................................6
1.4 Upload Schedule and Frequency............................7
1.5 Branding Your Clips ...............................................8
1.6 Technical Specifications.........................................9

**Part 2: Video Optimization ......................................10**
2.1 How To Upload A Video.......................................11
2.2 Video Titles..........................................................12
2.3 Video Categories .................................................13
2.4 Video Tags...........................................................14
2.5 Pornstar Tags ......................................................15
2.6 Action Tags..........................................................16
2.7 Video Thumbnails ................................................17
2.8 Trending Topics ...................................................18

**Part 3: Content Partner Tools .................................19**
3.1 Your Profile ..........................................................20
3.2 Channel Page.......................................................22
3.3 Video Manager .....................................................23
3.4 Pornhub Premium Viewshare Earnings .................24

**Part 4: Ad Space Optimization ...............................25**
4.1 Video Page Ads...................................................26
4.2 Channel Ads........................................................27
4.3 A-B Split Testing .................................................28

**Part 5: Know Your Audience ...................................29**
5.1 Understanding Your Audience .............................30
5.2 Subscribers .........................................................31
5.3 Playlists ..............................................................32

Pornhub Premium Viewshare....................................33
Where to Start ..........................................................34
Guidelines, Rules & Specifications ............................35
Video Specifications .................................................35
Ad Specifications......................................................36
Compliance .............................................................36
Contact Info.............................................................37

[redacted]

# PART 1 VIDEO BASICS

In the first part of this guide we'll go over some tips and recommendations to help you best showcase your unique content. Pornhub users have certain expectations. Formatting content in a manner that will appeal to our audience is vital to generating more views and higher ratings. By editing your content to showcase only the best parts of your most recent videos, Pornhub will become your ultimate advertising engine - driving traffic to your website and increasing your membership sales.

## 1.1 Maximizing Your Exposure on Pornhub

A clip's storyline is just as important as the full length video on which it's based. The intro scene in particular plays an important role in capturing the attention of your audience. Use compelling content (dialogue/story/reality) to start the video. If there is no storyline, then tease the viewer with a good action shot.

The middle of the video should be composed of multiple hardcore action scenes and various sexual positions.

For the clip's ending, make sure you go out with a bang! Videos that achieve the highest user ratings always end with an orgasm and/or cumshot.



## 1.2 Editing Videos

Start by focusing on your niche(s). When you satisfy the particular needs of a user, they will begin to expect and even look forward to your new content. With quality, up-to-date clips, uploaded on a regular basis, Pornhub can easily become one of the top mediums driving traffic and sales to your website.

To maximize the effectiveness of clips, remember that certain video elements are expected by your audience:

- **Genitals should not be censored or blurred (If possible)**
- **The audio track must be good quality and in-sync with the video**
- **Video must be of acceptable visual quality. (Refer to section 1.6 for technical specs.)**

**By uploading your HD videos, they will also appear in our special curated section of Pornhub, called Pornhub Select. Here we only feature content partner videos that are in aspect ratio 16:9 and a minimum resolution of 1920x1080. Visit www.pornhubselect.com.**

[redacted]

## 1.3 Video Length

Video length plays an important role in the rating and exposure of your videos on Pornhub, as users are far more likely to click on longer videos. To be featured on the homepage we ask for a minimum duration of 5 minutes, however videos 10 minutes or longer will achieve optimal viewing results.

When users have adequate time to appreciate your content, they will be more likely to browse your other videos and visit your website to see what additional content you have to offer.

[redacted]

**When videos obtain high views and ratings, they will get a chance to be showcased in the "Hot Porn Videos" section at the top of the Pornhub homepage. Additionally, your video will rank higher in search results and be featured on the Hottest and Most-Viewed pages.**

## 1.4 Upload Schedule and Frequency

Our system automatically selects from a queue of content partner uploaded videos to feature on the Pornhub home page.

Consistent uploading helps both maintain interest and build the user's trust. This will in turn help in developing a strong following on Pornhub, and users will be more inclined to purchase memberships.

Start by determining how many videos you are able to upload each month and create a schedule you can follow.




**Upload supplemental content (behind the scenes, interviews, trailers, bloopers) so your followers can get to know your brand better.**

## 1.5 Branding Your Clips

The pre-roll is a short advertisement at the beginning of your video that works to help brand your clip. It also works to build brand awareness, and encourages direct website visitors (via type-ins), increasing sales. Try using the pre-roll as an opportunity to quickly showcase what your site has to offer through the use of a sizzle reel.

Pre-rolls should be a maximum of 10 seconds. Any longer, and you risk losing the viewer's attention. Be consistent - It helps when pre-rolls can be immediately recognized by viewers.

**You can also include your website URL in the post-roll to encourage direct type-ins. Remember, users will be far more likely to visit your website when you include "/Pornhub" as an extension of the URL as users trust Pornhub and that trust will be extended to you as a dependable content partner, thereby increasing your sales.**

The post-roll continues to emphasize your brand, this time at the end of the clip. It also serves as a Call To Action (CTA), encouraging viewers to visit your website. An effective post-roll and CTA combination will drive more traffic to your website and convert those visitors into paying members.

[redacted]

## 1.6 Technical Specifications

To ensure optimal quality, follow these guidelines when uploading each clip to Pornhub. Viewers will be far more likely to subscribe and/or purchase memberships if they expect consistent quality from your videos.

### Video Specs

- **Accepted File Formats: AVI, WMV, MP4, MPG or MOV**
- **Maximum File Size: 10GB**
- **Optimal Frame Rate: 30-60 FPS**
- **Bitrage: Min 1500 kb/s Recommended 8000 kb/s**
- **Aspect Ratio: 16:9 Widescreen**
- **Video Resolution: Recommended 1920x1080**

### Additional Virtual Reality Specs

- **Accepted File Formats: AVI, WMV, MP4, MPG or MOV**
- **Projection Type:**
  - **Equirectangular 360, Equirectangular 180**
  - **3D or 2D**
  - **Over-Under-LR, Over-Under-RL, Side-By-Side-LR, Side-By-Side-RL**
- **Maximum File Size: 10GB**
- **Optimal Frame Rate: 30-60 FPS**
- **Bitrage: Min 1500 kb/s Recommended 12,000 kb/s**
- **Aspect Ratio: 16:9 Widescreen**
- **Video Resolution: Recommended 2160p (1080p Per Eye)**

[redacted]

# PART 2 VIDEO OPTIMIZATION

During the upload process, you will be afforded the opportunity to further format the way your content will be presented to the users.

Well-formed titles, tags and categories will help increase views by allowing users to find your videos in search results. Rather than attempting to appeal to the broadest range of viewers, your goal should be to target the demographic that will be most interested in your niche(s).

## 2.1 How to Upload a Video

After logging into your account navigate to the top of the page. Click on the “upload” button located next to the search bar.

On the next page, you will be presented with the option of uploading either videos or photos. Click on “Upload Videos”.

In order to get an upload started, you can either drag and drop the video file into the window, or click on the “Select videos to upload” button to navigate your device and select your videos.

Once your videos have started to upload, you will see the progress bar begin to fill up and you can get started on formatting your video!




**Remember to check off the “Premium Viewshare Scene” box if the video is a full length HD scene meant for Viewshare. For more information on the Pornhub Premium Viewshare program, check out section 6.**

## 2.2 Video Titles

Video titles are meant to provide a short description of your clip. Titles not only allow your videos to appear in relevant search results, but they're one of the best ways to entice users. Before clicking a video, users want to know what they can expect to see.

Each title can be up to 65 characters long. Concentrate on adding keywords to the title that best describe your video, think of it as a headline or tagline. Although you may think "The more search words, the better!" that is simply not true. Users do not want to be bombarded with keywords in a title. Rather than stating 'what' they will see, use the title to describe 'how' they will see it. Stuffing titles with keywords will make it look 'spammy', and can actually hurt your search rankings.

Add the names of any Pornstars appearing in your video to the title. Pornstar names are highly searched on Pornhub, so including their name(s) will help your video appear more often in search results. Above all, be creative; make your titles enticing, witty or funny so users will be curious enough to click!

**Bad:** [redacted]

**Good:** [redacted]

[redacted]

## 2.3 Video Categories

Select categories that are relevant and accurate. Select up to four that best represent the most outstanding aspects of your clip. Although targeting your niche(s) is important, it is also a good practice to rotate categories. For example, if you always categorize your videos as [redacted], they will only appear on those pages. By regularly rotating with other relevant categories such as ‘Blonde’, you will be exposing your content to different users.

Something else to keep in mind: Try less common categories in addition to popular ones! Categories such as [redacted] are popular, so those pages will change almost daily. By choosing relevant but less popular categories such as ‘Outdoor’, ‘POV’ or ‘Euro’, your clips will appear higher in the results and stay there longer.

If your video is 60 FPS, HD or has pornstars tagged, it will automatically be included in those respective categories in addition to the four you’ve chosen.

[redacted]

**When uploading virtual reality content, be sure to choose Virtual Reality as a category in order to gain access to additional VR settings**

## 2.4 Video Tags

Tags are words used to describe actions [redacted]

Tags help to drive search results. By adding accurate tags, your videos will be exposed to users who are searching for that type of video.

Each video can have up to 16 tag words. Avoid entering tags that have already been chosen as categories, those will automatically be added as tags. Similarly, pornstar names do not need to be tagged in this field as we provide the pornstar tag field for this purpose. See section 2.5 for more info about entering pornstar names.

Suggested tags are associated with the categories you've chosen. For example, if you select the '[redacted]' category, '[redacted]' will automatically be tagged. However, you can choose to remove any suggested tags you feel do not apply.

[redacted]

## 2.5 Pornstar Tags

Pornstar names are highly searched terms on Pornhub. By including the name of the model that appears in a video, it will be exposed to far more users in both search results and pornstar specific pages.

Each video can include up to 4 pornstar names. As you start to type in the field, a list of matching pornstar names will appear from the Pornhub database.

[redacted]

**Please feel free to contact us if there is a pornstar name you would like to have added to our database.**

## 2.6 Action Tags

Action Tags are indicators you can add to your video's player bar to help users get to their favorite parts easily. These indicators tag significant events or "actions" in your video; eg. [redacted]

Once the video has been uploaded and has successfully converted, you will find all your uploaded videos on the 'Video Manager' page. Click on the 'Add Action Tag' and play the video. When the action starts, choose the correct tag and click "Add". Continue the video and repeat as needed.



## 2.7 Video Thumbnails

After uploading a new video, a notification will appear in your profile when thumbnails are ready to be selected. A well-chosen thumbnail will greatly impact the number of views by making videos more appealing for users to click on.

Thumbnails should correspond to the title you have entered and visually represent the story of your video. Make sure the thumb is clear, in focus, colorful, bright and well-framed. You want it to stand out on the home page in order to get the user's attention.

**Don't see an appropriate thumbnail to choose from? Hit the "Regenerate" button and a new set of thumbnails will be generated from your video.**



## 2.8 Trending Topics

Create and release content themed around trending events. Trending topics drive search trends; ride the wave of popularity/buzz.

Create and publish video content according to a programming calendar (i.e., holidays, major sporting events, political figures, celebrity headlines, etc.).



Porn[redacted]
CONTEN[redacted]

# PART 3 CONTENT PARTNER TOOLS

The Content Partner Program offers several tools and features to help integrate your brand into the community. These tools are designed to produce results by helping you gain and sustain exposure while increasing your sales!

## 3.1 Your Profile

Your profile is the home of your brand, serving as the hub to your videos, channels, photos and many more interactive features. Having a highly active, well optimized profile will help boost your exposure within the Pornhub Community.

Optimizing your profile will not only generate interest in your brand but will encourage members to follow your content by becoming subscribers. With a large base of followers your new videos will accumulate views and ratings faster, resulting in more exposure and increased sales.

On your ‘My Profile’ page, click the “Edit Profile” button to change the information that appears in your profile “About me” box. You can include your website address and describe your brand and the niche(s) you specialize in.

**Logo & Cover Photo:**
From the “Edit Profile” page you can upload your logo, which will be displayed next to any comments or replies you write. The cover image (header) spans the top of your profile page and helps to increase your branding.

**Subscribers of your profile are automatically subscribed to all your channels.**

**Comments:**
Members can post comments to any videos you upload. The more you interact with the community, the more likely users are to visit your website and purchase memberships.

[redacted]

**Stream Posts:**

Your profile includes a stream where you can write about anything you wish. Stream posts are a great way to keep in touch with subscribers as they will be notified each time you add a new entry. Users can even comment on your stream and all the videos you upload.

Here are some ideas for stream posts:

- **Announce upcoming videos to build anticipation**
- **Describe new video sets you have uploaded**
- **Let users know about special membership offers**
- **Encourage users to subscribe to your profile**

[redacted]

## 3.2 Channel Page

Channel pages are site specific profiles serving to promote a site/ brand. The purpose is to have users subscribe to your channel(s) and in effect, drive visitors directly to the site being showcased.

Optimizing your channel pages will help to generate interest in your brand and encourage members to follow your channel's content by subscribing. With a large base of followers, your new videos will accumulate views and ratings faster, resulting in more exposure and increased sales.

**Each site/channel on Pornhub has its own individual video feature rate. This means that better performing channels will have a chance to have their videos featured more often.**

[redacted]

## 3.3 Video Manager

The video manager allows you to study and analyze ratings and the view count data for each of your videos. Statistics for each video also show how many times your video was added to favorites, how many comments it has received as well as how many playlists it appears in.

Simply login to your account and select Video Manager from your profile dropdown. Here, all of your videos are listed with the option of viewing stats for each clip by Daily or Cumulative.

These stats can be exported (by clicking the “Download Stats” button) as a CSV file and opened by any spreadsheet program such as Excel. This is a great way to analyze how viewers are responding to your content.



## 3.4 Pornhub Premium Viewshare Earnings

If you have uploaded full-length, HD content to Premium/Viewshare, you can view and track your earnings. Navigate to the video manager and click on the “Earnings” tab.
You will be presented with the following revenue details:

| | |
|---|---|
| **Total Payments:** | The amount that has been paid out to date. |
| **Pending Balance:** | The amount of earnings yet to be paid out to you. Once this payment is sent out, it will become part of the **Total Payments**. Amounts shown here could simply be amounts waiting to be paid out from the previous month and/or a balance rolling over until it meets the payment type minimum amount. |
| **This Month Estimate:** | This field is this month’s earning estimate based on past month’s performance. |

By default, the results on the page include earnings from all platforms and are for the present month. You can choose to filter the results by specifying a specific tube (Pornhub, YouPorn, Redtube) and even select a past month or all time.

In the channels section, you’ll see all the active channels you have in Premium and how much each of these channels has made separately. You can get even more details by clicking the (+) sign on the left of the channel. This will expand the channel to show each Premium video in that channel and how much that video has generated.

At the bottom of the page, you’ll find a history of past payments. Like the previous section, you can choose to export the payments information into raw data in the form of a CSV.



Porn[redacted]
CONTEN[redacted]

# PA[redacted]ON

The Pornhub Content Partner Program offers several free adspots to send traffic to your sites: Text Links, Watermarks, Channel ads, Underplayer ads, as well as Mobile ads for the ever increasing number of mobile users. In the next few sections of this guide, you'll learn how optimizing and continually testing each of these ad types will drive more traffic to your sites and increase your sales.

## 4.1 Video Page Ads

In correlation with good content, a strong underplayer ad will gauge user's interest, acting as a quick link for them to discover more of this content directly through the site. The underplayer is also visible on mobile devices maximizing views from all platforms.

Text Links are short lines of text that appear above the video player and link to your website. Text Links can be used to describe your brand/niche or provide a direct Call To Action (CTA) which encourages users to visit your site and purchase memberships. Entice them with a great membership deal or simply describe how hot and unique your videos are.

Watermarks are URLs or logos that are encoded onto your videos in order to brand each clip. We suggest the watermark contain Pornhub as part of the URL (eg. yoursite.com/pornhub). Users trust Pornhub and when they see your brand associated with our name, they will be more likely to visit your site and purchase memberships. It also allows you to track which sales come from Pornhub when users manually type-in the URL.

You can determine the size and position of the watermark, provided it does not obstruct the actual video. It's most effective when the watermark is visible throughout the entire length of the video.

[redacted]

## 4.2 Channel Ads

As a content partner you are given a channel where all your uploaded videos can be found. On this channel you will be given additional ads and branding.

At the top of the page, you will find your header and logo. The header is by far the largest image in your arsenal so use it to your advantage.

On the left of your content you are given two square ads. These two ads can be animated either in the form of a GIF or the use of video ads.

**Use ads with colorful, clear and in-focus images. You should include your branding such as logos, slogans, and/or URL's. Consider using calls to action ( CTA's ) within your design.**

[redacted]

## 4.3 A-B Split Testing

By using various layouts and periodically checking the click through rate (CTR) and sales, you can determine which styles are the most profitable for your content. This will give you a better idea of which ads are sending traffic to your site.

**CTR stats should always be compared to conversion ratios:**
The number of sales you have made based on the amount of traffic we have sent to you through your affiliate program.

**The following example is assuming that conversion ratios are the same:**
Let's say ad A is getting a 2% CTR (good) and ad B is getting 5% CTR (better) however ad A is converting more sales. This indicates that even with a lower CTR, ad A is performing better by closing sales. This is why frequent and routine sales analysis of each of your ads is crucial.

**EXAMPLE**

**5 clicks ÷ 100 impressions = 5% CTR**



[redacted]

# PART 5 KNOW YOUR AUDIENCE

Pornhub is more than an adult video tube site – it's a vibrant community of 10 million internet users and pornography fans that come from all walks of life. In the final part of this guide, you'll learn how to interact with community members to generate interest in your brand and grow a dedicated Pornhub fan base – all of which will drive traffic to your site and increase sales.

## 5.1 Understanding Your Audience

In order to appeal to our audience, you first have to track and understand which niches/themes/categories work better than others, and repeat that successes to avoid low-performing videos.

Routinely assess a profile/video performance and make changes to content or strategies based on Pornhub indicators such as overall ratings and subscription numbers.

Read comments and examine which videos have been seen the most (view count). You can also track video progress by either spikes or drops in unique clicks through your affiliate program (if your program provides such analytics).






## 5.2 Subscribers

Users can follow you and your latest uploads by subscribing to your profile and channel pages.

When members visit Pornhub, the homepage displays a special section called “New Videos From Your Subscriptions”. Encouraging members to subscribe will ensure that your latest uploads are shown in users’ feeds. This helps to build an initial view count and rating for new videos, allowing them to be displayed more prominently on other pages and to non-members.

Urge users to subscribe to your profile via the pre-roll and post-roll of your video clips. When members comment on a video, respond and encourage them to subscribe so they never miss your newest uploads. You can also use the Stream section of your profile to mention why users should subscribe.

[redacted]

## 5.3 Playlists

Playlists help you to organize and feature content by site, brand, pornstar or niche (such as big-tits or anal). Playlists are visible on your profile page and highly rated playlists will appear on the Pornhub front page.

Many Pornhub users watch playlists to help them find new videos in a particular niche. The videos in each playlist can be custom-ordered so that attention is brought to both new and older content. Community members can also add your content to their own playlists, giving you even more exposure.

Start building playlists by clicking the “+” button when hovering over a video thumb. From the menu, choose an existing playlist to add the video to, or click “Create a new playlist”.

[redacted]

Case 2:26-cv-00882 Document 1-16 Filed 10/02/26 Page 35 of 40 PageID #: 733

# VIEWSHARE PROGRAM +

## WHAT YOU DO

*Easy as 1,2,3*

### 1.SIGN UP

Get in touch with our Content Partner team to join the program

### 2.UPLOAD

Upload as usual but check the Viewshare box at end of the Upload form

### 3.GET PAID

Monitor earnings through Video Manager and enjoy your monthly payout

Pornhub Premium viewshare is another way you can earn revenue with Pornhub. Pornhub Premium pays you every time your full-length, HD content is viewed. As a Viewshare partner you also receive a prominent “Join” button under your videos in the members area, helping to drive traffic back to your sites.

In order to accommodate our partners, we offer the following types of payouts: Wire, Paxum, Paypal and Check. With our handy earnings page, it’s easy to track your videos and payouts.

For more information on how to join Pornhub Premium Viewshare please contact *partners@pornhub.com*

[redacted]

## Where to Start

Millions of Pornhub users are waiting to discover your content right now! If you follow the simple steps we've set out in this guide, those same users will be ready to open their wallets and purchase memberships to your sites.

By optimally promoting your brand through story-line editing, accurate metadata, ad optimizing, testing, analysis and community involvement, you will see significant increases in your views, ratings CTR and most importantly, sales.

What are you waiting for? Our knowledgeable and friendly team will walk you through every step of the way. Contact us and start promoting your brand today!

[redacted]

# Guidelines, Rules & Specifications

**Video Length**
- Recommended: 10+ minutes
- Minimum: 5 minutes in order to be featured
- Viewshare: Full length scenes

**Video Specification**
- Accepted File Formats: AVI, WMV, MP4, MPG or MOV
- Maximum File Size: 10GB
- Optimal Frame Rate: 30-60 FPS
- Bitrate: Min 1500 kb/s recommended 8000 kb/s
- Aspect Ratio: 16:9 widescreen
- Video Resolution: recommended 1920 x 1080

**Virtual Reality Video Specifications**
- Accepted File Formats: AVI, WMV, MP4, MPG or MOV
- VR Formats: 180° or 360° Video
- Maximum File Size: 10GB
- Optimal Frame Rate: 30-60 FPS
- Bitrate: Min 1500 kb/s recommended 12,000 kb/s
- Aspect Ratio: 16:9 widescreen
- Video Resolution: recommended 1920 x 1080 (Per Eye)

**Pre-roll/Post-roll**
- Pre-roll suggested length: 10 seconds
- Pre-roll can be used to show a sample of your other content
- Post-roll should include a call to action

**Video Title**
- 65 character maximum
- Tip: Use scene specific descriptive titles:
  - Good: Stunning Redhead Jayden James Fucked Hard to Close a Deal
  - Bad: Big Tit Redhead Pornstar hardcore Sex

**Video Categories**
- Maximum 4 categories
- Tip: Rotate relevant and accurate categories to expose your content

**Video Tags**
- Maximum of 16 general tags
- Separate tags with a comma (,)
- Maximum 4 Pornstar tags

**Thumbnails**
- Select best image from 16 various points in the scene
- If no suitable thumbnail is available, hit the “Regenerate different thumb-nails” button
- Tip: Choose a thumb that is in focus, colorful, bright, well framed and depicts a good sample of the action the user will find in the scene.

## Ad Specifications

| Element | Dimensions | Format | Size (max.) |
|---|---|---|---|
| Underplayer† | 770 x 76 px | JPG, PNG | 300KB |
| Channel A | 315 x 300 px | JPG, PNG, GIF | 300KB |
| Channel B | 315 x 300 px | JPG, PNG, GIF | 300KB |
| Channel A Video Ad* | 314 x 300 px | MP4 (H.264) Video | 1MB |
| | 315 x 300 px | Transparent PNG Logo Image. Place your logo and any other items you wish to appear on top of the video on this transparent image. Beware of positioning. | 300KB |
| Channel B Video Ad* | | | |
| Mobile Underplayer† | 305 x 99 px | JPG, PNG, GIF | 300KB |
| Logo Avater | 200 x 200 px | JPG, PNG | 300KB |
| Cover Photo | 1323 x 270 px | JPG, PNG | 300KB |
| Mobile Channel | 305 x 99 px | JPG, PNG, GIF | 300KB |
| Video Watermark | | YourSiteName.com/Pornhub | |
| Mobile Text Link | | | 30 Characters |
| Desktop Text Link | | | 50 Characters |
| Channel Description | | | 500 Characters |

*These items are optional. †Must be branded.

## Compliance

Contextual depictions we do not allow include but are not limited to:

- Non-consensual or incapacitation
- Bestiality
- Excretion of bodily fluids
- Incest
- Bodily harm
- Necrophilia

More information concerning Pornhub compliance can be found on our Terms of Services page; http://www.pornhub.com/information#terms

Pornhub Network
CONTENT PARTNER PROGRAM

# CONTACT

Should you have any questions, comments or suggestions, contact the Pornhub Network team at any time!

## Christian

Email: christian@pornhub.com
Skype: christian.phn

## Dale

Email: dale@pornhub.com
Skype: dalewilson.phn

## Frank

Email: frank@pornhub.com
Skype: frank.petosa

## Keely

Email: keely@pornhub.com
Skype: keely_170

## Sam

Email: sam@pornhub.com
Skype: sam.phn

Pornhub

REDTUBE

TUBE8

YOUPORN