**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AYLO HOLDINGS S.À R.L., AYLO GROUP LTD., AYLO FREESITES, LTD., AYLO PREMIUM, LTD., 9219-1568 QUEBEC INC.,**<br><br>**Defendants.** | **Civil Action No. 2:26-cv-882**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Nokia Technologies OY states that it is a privately-held company organized under the laws of Finland. Nokia Technologies OY further states that it is solely owned by its parent corporation, Nokia Corporation. No other publicly-held corporation or publicly-held entity has a direct financial interest in the outcome of the litigation.

Dated: October 2, 2026

Respectfully submitted,

/s/ *Warren Lipschitz*
Warren Lipschitz (Lead Counsel)
Texas State Bar No. 24078867
wlipschitz@mckoolsmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
Kyra Mouser
Texas State Bar No. 24134043
kmouser@mckoolsmith.com
Joseph Micheli
Texas State Bar No. 24107546
jmicheli@mckoolsmith.com
Sam Moore
Texas State Bar No. 24132421
smoore@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**COUNSEL FOR NOKIA**